E-filing

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

FILED
07 SEP -5 PH 3:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3  Name BERRINGER  Anthony  S
       (Last)         (First)      (Initial)

5  Prisoner Number K-66652

6  Institutional Address Salinas Valley State Prison
7  Box 1050, Soledad, CA. 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Berringer
(Enter the full name of plaintiff in this action.)

vs.

California Dept. of Corrections
S.V.S.P. Department of
Mental Health M.T.A., M.
Chamberine
(Enter the full name of the defendant(s) in this action))

Case No.  C 07 4598  CW
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

[All questions on this complaint form must be answered in order for your action to proceed.]

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement Salinas Valley State Prison

B.  Is there a grievance procedure in this institution?
    YES ( )    NO (X)

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _Appeal was not processed by S.V.S.P. STAFF THREW THE Appeal way_

2. First formal level _SAME_

3. Second formal level _SAME_

4. Third formal level _SAME_

E. Is the last level to which you appealed the highest level of appeal available to you?

        YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why: _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Anthony S. Berringer K66652 S.V.S.P. P.O. Box 1050 Soledad, CA. 93960-1050_

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

1     place of employment.

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 3-2-05 at 6:15 A.M. MTA. M. Chaverinie poured hot scalding water on my foot. This was done intentionally. This deliberate act was accomplished out of malice and without regard to my physical well being. I suffered and sustained 2nd degree burns on my foot and ankle.

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Seeking monetary damages up to $100,000 dollars

COMPLAINT

- 3 -

1  Also seeking to have the M.T.A.
2  Removed from this facility And any
3  other state run facility.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __August__, 20_07_

_____
(Plaintiff's signature)

COMPLAINT

- 4 -

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Anthony S. Berringer**, declare under penalty of perjury that: I am the **Plantiff** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **13** day of **August**, 20**07**, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Anthony S. Berringer**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On **August 13**, 20**07**, I served the foregoing: **Complaint 1983 Civil Suit, In Forma Pauperis Form Application**

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

**Office of the Clerk**

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **August 13, 2007**             **Berringer Anthony**
                                                      DECLARANT/PRISONER