# EXHIBIT A

```
KMHQ1M02             OFFENDER BASED INFORMATION SYSTEM              11/08/2005
KMHQ1P01   MOVEMENT HISTORY of K66652 - BERRINGER,ANTHONY,SCOTT     12:19 PM
Page  01                                           Report Date: 10/18/2005

10/18/2005  TRANSFERRED      TO SVSP  DMH         FROM COR
                            ENROUTE TO   COR
                            F/PSYCH & RTN

10/12/2005  CHANGED UNIT     NEW UNIT: SHU        OLD UNIT: IHOSP

10/11/2005  CHANGED UNIT     NEW UNIT: IHOSP      OLD UNIT: SHU

09/27/2005  CHANGED UNIT     NEW UNIT: SHU        OLD UNIT: IHOSP

09/24/2005  CHANGED UNIT     NEW UNIT: IHOSP      OLD UNIT: SHU

09/24/2005  CHANGED UNIT     NEW UNIT: SHU        OLD UNIT: IHOSP

09/24/2005  CHANGED UNIT     NEW UNIT: IHOSP      OLD UNIT: SHU

09/24/2005  CHANGED UNIT     NEW UNIT: SHU        OLD UNIT: IHOSP
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
                                                  Next            Selec Quit
KMHQ1P01: The most recent movement is listed first.
```

# EXHIBIT b

State of California – Health and Human Services Agency

Department of Mental Health

| YEAR 2005 | | PROB. NO. | ALL ENTRIES SHALL BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| DATE | TIME | | |
| 3/7/05 | 0615 | | On or about 0615 while passing meals for breakfast a cup of hot H₂O was accidently spilled to pt. CDC # K66652 while he's receiving the cup of hot H₂O from the food port. RN notified, first aid given on the treatment room. ———————————— M. Chisver LVN |
| | 0630 | | Place a call @ MD, no call back, called OT nurse super. |
| | 0631 | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | 1000 | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |
| | 1030 | | [illegible handwritten entry] |
| | | | [illegible handwritten entry] |

## INTERDISCIPLINARY NOTES

Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & -514

Page No. _____

# EXHIBIT 

RPT03043      RPT63.4.3      BRAVENDI                    10:56:22    02/25/05    PAGE:

INSTRUCT.:  ...nitial and sign once each page. Use legend on back of first page...

MEDICATIONS AND TREATMENTS

| Start | Stop | | ISSUE | Month | Mar | Year | 2005 |
|---|---|---|---|---|---|---|---|

0204  DOCUSATE SODIUM
2309  250 MG CAPSULE ORAL PO
0505  QD
      **DO NOT CRUSH** D/C:
      (1- P20 )

0204  VALPROATE SODIUM (DEPAKENE)
2309  1000 MG SYRUP ORAL PO
0505  QD
      D/C:
      (1- P20 )

0204  BENZTROPINE MESYLATE
2309  2 MG TABLET ORAL PO
0505  BID CRUSHED
      **CRUSHED IN LIQUID** D/C:
      (1- 123 )

0204  HALOPERIDOL LACTATE
2309  5 MG ORAL CONC. ORAL PO
0505  BID
      D/C:
      (1- 123 )

:Allergies:

-NO-KNOWN-ALLERGIES-

ANVON, HALDOL, IBUPROFEN

MEDICATION AND TREATMENT RECORD

BERRINGER, ANTHONY SCOTT
UNIT BEDS
PATIENT #     177-6

NH15764(10/93)
PAGE 1 of 2

INJECTION SITE NUMBER
Legend Site Codes:
1. Rt. Upper Outer Quadrant Gluteus
2. Lt. Upper Outer Quadrant Gluteus
3. Lt. Deltoid
4. Rt. Deltoid
5. Lt. Anterior Thigh
6. Rt. Anterior Thigh
7. Lt. Deltoid Subcutaneous
8. Rt. Deltoid Subcutaneous

LEGEND
Reason for not Administering Medication Treatment
L = Therapeutic leave
O = Withheld and justify on back of sheet or IDN
R = Refused
S = School

**MEDICATION AND TREATMENT RECORD**

Page 2 of 2

| DATE | HOUR | INIT. | MEDICATION/TREATMENTS | REASON | RESULT | INIT. |
|------|------|-------|----------------------|--------|--------|-------|
| 3/1/05 | 1250 | 80 | Roxicet 2 Tabs | c/o pain | | |
| 3/7/05 | 1740 | | Tylenol 650mg | Pain | | |
| 3/8/05 | 0895 | | Tylenol 160 mg | | | |
| 3/7/05 | 1405 | | Roxicet 2 Tabs | | | |
| 3-8-05 | 0235 | | Tylenol 650 mg Tabs | c/o pain | | |
| 3/8/05 | 0940 | | Roxicet 2 Tablets | c/o pain | | |
| 3/8/05 | 1455 | 80 | Roxicet 2 tabs | c/o pain | | |
| 3/9/05 | 1917 | | | | | |
| 3/10/05 | 2010 | | | c/o pain | | |
| 3-7-05 | 0850 | | Roxicet 2 Tabs | c/o pain | | |
| 3-7-05 | 1440 | | Roxicet 2 tabs | c/o pain | | |
| 3-10-05 | 1503 | | Roxicet 2 Tabs | c/o pain | | |
| 3/11/05 | 1140 | | | c/o pain | | |
| 3-13-05 | 0280 | | Tylenol 650 mg Tab | | | |
| 3-14-05 | 310 | | Tylenol 650 mg | c/o pain | | |
| 3/15/05 | 1545 | | Tylenol 650 mg | c/o pain | | |

Confidential C/Shelby/Tatum Information
See W.8.1 Code 5-329

MM 57684 (10/00)
Page 2 of 2

# EXHIBIT

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR | | PROB. NO. | |
|---|---|---|---|
| DATE | TIME | | |
| 3/11/05 | 0800 | | *[illegible handwritten entry]* |
| 3/11/05 | *2100* | d | *[illegible handwritten entry]* |
| 3/11/05 | *0400* | d | *[illegible handwritten entry]* |
| 3/12/05 | *RSO* | 6 | *[illegible handwritten entry]* |
| 3/12/05 | *0100* | d | *[illegible handwritten entry]* |
| 3/13/05 | *0150* | d | *[illegible handwritten entry]* |
| 3/13/05 | 0571 | 4 | *[illegible handwritten entry]* |
| 3/14/05 | 1430 | 0 | *[illegible handwritten entry]* |
| 3/13/05 | *2070* | | *[illegible handwritten entry]* |

DHH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
CDC K66652
12/15/04

MH 5624 (Rev. 4/99)

Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

**INTERDISCIPLINARY NOTES**

ALL ENTRIES SHALL _ SIGNED WITH FIRST _ TO LAST NAME AND TITLE

| YEAR 2005 | | PROB. NO. | |
|---|---|---|---|
| DATE | TIME | | |
| 3/05 | 2100 | TC | Pt cont to c/o pain from foot. Pt reminded to elevate foot + keep ice pk on for 10 min. Then off 5-10 min. Next px dr on @ 2200 — _[signature]_ |
| 3/05 | 2115 | T | Pt wants to spend night in obs room. Placed in obs room = blanket + pillow. Stable _[signature]_ |
| 3/05 | 2055 | P23 | Pt requesting prn benadryl for sleep. PMD notified prn benadryl 50mg po/IM ordered now. 1X. PRN given po _[signature]_ |
| 3 Jun | 2200 | P24 | Received pt in observation room 217. Alert & minimally responsive breathing own & unlabored. Vocally slurry in front of the door calling to MTA, SR/MTA & Psd. Geodon 10mg IM given for agitation @ 2235 by ☐ almost. Encouraged to ↑ R foot, cold compress in place. Able to slept @ short interval. @ 0315 Tylenol 650 g for R leg pain - effective. Vital signs taken. Bp ___. |
| | 0300 | | T 98.8 P ___ R 20. Norco 2 tabs given pain scale 9/10 chest. Dressing in place & intact on his R foot. _[signature]_ |
| | | | Will continue to monitor pt. Will be seen by Medical Doctor today. _[signature]_ |
| 3/10/05 | 1350 | P24 | Am shift Note. Pt requested to go back to his cell @ 0930 p seeing MD, pt verbally contracted for safety & wanted back to his cell = incident. Pt stated "I'm not suicidal" _[signature]_ |

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

CDH-SVPP
BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
CDC  K66652          Page No. ____
_____

STATE OF CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY                                          DEPARTMENT OF MENTAL HEALTH

Year:

| Date | Time | Temp. | Pulse | Resp. | B/P | Remarks | Signature and Title |
|------|------|-------|-------|-------|-----|---------|---------------------|
| | 2000 | 98³ | 66 | 15 | 112/5-1 | c/o pain. pain med given | *(signature)* |
| | 2000 | 97 | 88 | 15 | 13/6-2 | no c/o pain | *(signature)* |
| 4805 | 0445 | 97⁸ | 82 | 18 | 100/64 | ∅ c/o pain | *(signature)* MTA |
| | 0000 | 99.4 | 75 | 15 | 101/64 | Pt complains of pain. HA pain med given | *(signature)* |
| 12/24 | 0800 | 97.⁸ | 79 | 18 | 132/89 | denied any pain | *(signature)* MTA |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## VITAL SIGNS RECORD

*Confidential Client/Patient Information*
*See W & I Code Section 5328*

MH 5752 (3/01)

STATE OF CALIFORNIA-HEALTH AND HUMAN SERVICES AGENCY                    DEPARTMENT OF MENTAL HEALTH

Year: 2001

| Date | Time | Temp. | Pulse | Resp. | B/P | Remarks | Signature and Title |
|------|------|-------|-------|-------|-----|---------|---------------------|
| 12/15/04 | 1700 | 97.9 | 86 | 18 | 89/63 | Ø pain | Jamie Perez RN |
| 1/10 | 0500 | 96.0 | 57 | 16 | 137/15 | Ø pain, no discomfort | Rosogue LVN |
| 2/10/04 | 0800 | 97.7 | 85 | 20 | 110/72 | Ø pain | Perez R |
| 2/10/04 | 1700 | 96 | 76 | 20 | 107/73 | Ø pain | L Longos n |
| 3/01/04 | 0820 | 98° | 84 | 16 | 103/67 | Ø Pain | I. JOHNSON-BEY, MTA |
| 2/27 | 1500 | 97.3 | 75 | 20 | 122/95 | Ø | Perez R |
| 2/15 | 1700 | 96' | 92 | 16 | 129/80 | none | L. Longos n |
| 1/24 | 1800 | 98.1 | 80 | 20 | 123/81 | c/o chest, nausea, Chest pain w/nausea, SOB o SOB- on BRP | Perez RN |
| 2/05 | 1800 | 96.5 | 87 | 20 | 95/71 | Ø pain    Month - | RN |
| 2/09 | 1930 | 98.8 | 90 | 18 | 117/75 | no c/o, o pain | L Longos RN |
| 2/16 | 0400 | 97.1 | 76 | 20 | 110/80 | Pt stated he is in pain & discomfort after he got woken up his @ tool & Foot | Ngu RN |
| 2/16 | 0300 | 98.3 | 82 | 18 | 110/70 | Pt is in pain & the scale of 0-10 he is. o Noria 2 tabs given | Thao LVN |
| 3/15 | 1700 | 98.6 | 75 | 18 | 91/55 | o c/o pain Tylenol 650 mg po given | RN |
| 3/15 | 1100 | 98.5 | 76 | 20 | 135/55 | @ o pain Roxicet # tabs given | Alino R |
| 2/20 | 0500 | 98.8 | 88 | 20 | 100/60 | P. O complains of pain Perocet 2 tabs given - 5:10 pm | Diedonne RN |
| 3/18/04 | 3030 | 98.2 | 74 | 18 | 108/56 | c/o pain from arm Roxicet ii today | J Marzgua, RN - SVPP |

## VITAL SIGNS RECORD

*Confidential Client/Patient Information*
*See W & I Code Section 5328*

MH 5752 (3/01)

HEPPINGER, ANTHONY S
SVPP 111000177-6
03/12/65    WM
CDC K66652
12/15/0__

# EXHIBIT 

Behavioral note:

While doing Q 15 mts. rounds in B-wing I/P Berringer called me to his door & was handing me some papers & stated "These papers are for you." I'm suing you for the burn on my foot." I told I/P Berringer that I would not receive any court paper until I talk to my supervisor. He then said "call your supervisor right now." I want to talk to her!" He got upset & called me stupid. I told I/P Berringer that that was not a reason to call me stupid. I walked away from his door & notified Sr. MTA Dosanye _____ Pt c/o agitation @ 225 requested for Vistaril 75 mg po, and requested for _____ 75 mg po, po, per MA, checked @ 230, _____ appears to be asleep, o further complaint

—S Karen RN —

Pt. went to CTC per MRI x per pending SCHT MRI done _____ W

BERRINGER, ANTHONY
LVPP 111C00314-5
03/12/05    WH
CDC K66652
10/13/05

RPT03050
RPT93.5

03/07/05
14:19:50
PAGE:    1

Monthly Orders For Renewal

State of California-Health and Welfare Agency

Department of Mental Health

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION          (PHYSICIAN MUST SIGN EACH ORDER) |
|------|------|-------------|------------------------------------------------------------------------------|
|      |      |             | All Orders Good For 45 Days Unless Otherwise Specified. ** |
|      |      |             | PLEASE RENEW THE FOLLOWING ORDERS. |
| 3 /7 | 1409 | P12 | OXYCODONE HCL (ROXICODONE) 10 MG TABLET ORAL PO Q6H PRN |
|      |      |     | PAIN CRUSHED **ROXICET OXYCODONE 5MG/ACETAMINOPHEN |
|      |      |     | 325MG** FOR SEVERE PAIN OF BURN NOT RELIEVED BY TYLENOL |
|      |      |     | GIVE 2 TABLETS EVERY 8 HOURS** D/C: 3/10/5 1409 |
| 3 /7 | 1040 | P12 | SILVER SULFADIAZINE (SILVADENE 1% CREAM) 1 TX CREAM(GM) |
|      |      |     | TOPICAL TP QD 0800 APPLY A THICK LAYER OVER BLISTERED |
|      |      |     | AREA ONCE A DAY AFTER KENALOG KEEP COVERED WITH LIGHT |
|      |      |     | DRESSING D/C: 3/14/5 1040     DR Helmer |
|      |      | P20 | ACETAMINOPHEN 650 MG TABLET ORAL PO Q4H PRN HEADACHE PAIN |
|      |      |     | MAX 4X/24HR |
|      |      | P20 | ALBUTEROL SULFATE (PROVENTIL HFA 90 MCG INHALER) 2 PUFF |
|      |      |     | AER W/ADAP INHALATION IN Q4H PRN **AS NEEDED FOR ASTHMA |
|      |      |     | ATTACK** |
|      |      | P20 | DOCUSATE SODIUM 250 MG CAPSULE ORAL PO QD 0800 **DO NOT |
|      |      |     | CRUSH** |
|      |      | P20 | MAGNESIUM HYDROXIDE (MILK OF MAGNESIA SUSPENSION) 30 ML |
|      |      |     | ORAL SUSP ORAL PO EVERY 48 HRS PRN CONSTIPATION |
| 3 /7 | 924 | P20 | TRIAMCINOLONE ACETONIDE (KENALOG 0.1% CREAM) 1 TX |
|      |      |     | CREAM(GM) TOPICAL TP QD 0800 APPLY RIGHT LEG COVER WITH |
|      |      |     | LIGHT DRESSING D/C: 3/11/5 924    DR Helmer |
|      |      | P20 | VALPROATE SODIUM (DEPAKENE) 1000 MG SYRUP ORAL PO BID 0800 |
|      |      |     | 2000 |
|      |      | 123 | BENZTROPINE MESYLATE 2 MG TABLET ORAL PO BID 0800 2000 |
|      |      |     | CRUSHED **CRUSHED IN LIQUID** |

ALLERGIES:
NO KNOWN ALLERGIES

Start a New
Form if No
Number Shows.

**PHYSICIAN'S ORDERS**

CONFIDENTIAL PATIENT INFORMATION
SEE CA W&I CODE 5328

MH 5660 (C) (5/91)
SECTION 4000

RX: 13950        NBR: 14

BERRINGER, ANTHONY SCOTT

UNIT  BEDS

PATIENT #    177-6