# EXHIBIT

EPT03093    EPH03-4.3    BRAVERDI    10:50:22  02/25/05    PAGE :

MEDICATION AND TREATMENT RECORD

HM 5764 (10/93)
PAGE 2 of 2

INSTRUCT:    ...initial and sign once each page...the present on back of form to request...

MEDICATIONS AND TREATMENTS

| Start | Stop | | YEAR | Month: | Mar | Year: | 2005 |
|---|---|---|---|---|---|---|---|

0704    PROPRANOLOL HCL
2309    20 MG TABLET ORAL PO
0505    Q AM CRUSHED
        AND DISSOLVE IN LIQUID OR
        AS LIQUID D/C:  ---------
        ( 1- 123 )

0204    RISPERIDONE (RISPERDAL)
2309    2 MG TABLET ORAL PO
0505    BID CRUSHED
        **DISSOLVE LIQUID OR PUDDING** D/C:
        ( 1- 123 )

0204    RISPERIDONE MICROSPHERES
2511    (RISPERDAL CONSTA)
0505    25 MG DISP SYRIN INTRAMUSC. IN
        **EVERY 2 WEEKS
        **EVERY 2 WEEKS ON FRIDAY
        MORNING** D/C:
        ( 1- 123 )

Allergies:
NO KNOWN ALLERGIES
ATIVAN, HALDOL, IBUPROFEN

PATIENT BEDS
BERRINGER, ANTHONY SCOTT
UNIT BEDS

PATIENT #    177-6







# MEDICATION AND TREATMENT RECORD

**INJECTION SITE NUMBER**

Legend Site Codes:
1. Lt. Upper Outer Quadrant Gluteus
2. Rt. Upper Outer Quadrant Gluteus
3. Lt. Deltoid
4. Rt. Deltoid
5. Lt. Anterior Thigh
6. Rt. Anterior Thigh
7. Lt. Deltoid Subcutaneous
8. Rt. Deltoid Subcutaneous

**LEGEND**
Reason for not Administering Medication Treatment
O = Winhheld and justify on back of sheet or IDN
R = Refused
S = School

| DATE | HOUR | INIT. | MEDICATION/TREATMENTS | REASON | RESULT | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|------|------|-------|----------------------|--------|--------|-------|-----------|-------|-----------|-------|-----------|-------|

Confidential Client/Patient Information
Shield A 1 Code 5229

MH-5764 (10/05)
Page 2 of 2

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

## REASONABLE MODIFICATION OR ACCOMMODATION REQUEST

CDC 1824 (1/95)

INSTITUTION/PAROLE REGION: **PBSP**   LOG NUMBER: P-07-0075   CATEGORY: 18. ADA /13

STAFF TO ASSIST W/VARIOUS TASKS

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| BERRINGER Anthony S | K-66652 | N/A | | B-C-214 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office and the completed form will be returned to you. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office for further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

If you do not agree with the decision on this form, you may pursue further review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

### MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: mental disorder, mental handicapped

SEVERE MENTAL DISORDER
SLOW LEARNER

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? the psychiatric Dr. Douglas
my medical psychiatric Dr. Zarcacue etc.
Dr. Levine Dr. @ ra zarcacue etc.

DESCRIBE THE PROBLEM: I have a hard time with voices writing
slow understanding comprehending
studying

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? to have certain trained staff
to have certain trained staff
to assist me serve all things.

INMATE/PAROLEE'S SIGNATURE   Berringer A. S   DATE SIGNED 1-30-C

DELIVERED FEB 21 2007

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBSP | P-07-0075 | 18. ADA /13 |

*STAFF TO ASSIST W/VARIOUS TASKS*

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| BERRINGER Anthony. S | K-66652 | N/A | | B-1-214 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
*severe mental disorder, mental handicapped slow learner*

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
*my medical psych file, psychiatric Dr. Douglas Dr. Levine Dr. Ratageer etc.*

DESCRIBE THE PROBLEM:
*I have a hard time with series writing understanding comprehending studying*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
*To have certain trained staff to assist me with all things.*

Berringer A. S
INMATE/PAROLEE'S SIGNATURE

1-30-07
DATE SIGNED

JAN 1 9 2007

DELIVERED FEB 2 1 2007

DELIVERED FEB 5 1 2002

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**                                                                    DATE SIGNED

| REVIEWER'S ACTION |
| --- |

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: _1/11/07_
DATE DUE: _2/9/07_

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

   ☐ Auxiliary Aid or Device Requested

   ☒ Other _Assistance from staff for reading + writing basic paperwork_

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**

_See first/level appeal + response to_

_1-2407_
**DATE INMATE/PAROLEE WAS INTERVIEWED**

_SGT J Recker PSU Program_
**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

☒ **GRANTED**   ☐ **DENIED**   ☐ **PARTIALLY GRANTED**

**BASIS OF DECISION:**

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

**DISPOSITION RENDERED BY (NAME)**                     **TITLE**                     **INSTITUTION/FACILITY** _PBSP   PSU_

| APPROVAL |
| --- |

**ASSOCIATE WARDEN'S SIGNATURE**                                   **DATE SIGNED** _2/7/07_

AW/RSW

_PBSP_ **DATE RETURNED TO INMATE/PAROLEE** _2/9/07_

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVPP | DMH | USE OF FORCE    UNUSUAL OCCURRENCE    (INJURY) | | PRE/SEG ADMISSION | 3/7/0C |

| THIS SECTION FOR INMATE ONLY | NAME    *LAST* Bərringer | *FIRST* Anthony | CDC NUMBER K66652 | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME    *LAST* | *FIRST* | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME    *LAST* | *FIRST* | *MIDDLE* | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE    ZIP | | HOME PHONE |

| PLACE OF OCCURRENCE Room A10 | DATE/TIME OF OCCURRENCE 3/7/0C | NAME OF WITNESS(ES) |
|---|---|---|

| TIME NOTIFIED 0615 | TIME SEEN 0615 | ESCORTED BY MTA Chasin in & MTA Bell | MODE OF ARRIVAL *(circle)* (AMBULATORY)    LITTER    WHEELCHAIR    ON SITE | AGE 39 | RACE Caucasian | SEX M |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

At about 0615 while passing meals for breakfast a cup of hot was accidentally spilled to pt CDC # K66652 while receiving the cup of Hot water from the food port & spilled on his (P) leg & foot.

| INJURIES FOUND?    YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn 2° | (5) |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | (14) |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |



reddened

blister

blister
open    continue giving cold compress

| O.C. SPRAY EXPOSURE?    YES / NO | |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet?    YES / NO | |

| RN NOTIFIED/TIME 0620 am | PHYSICIAN NOTIFIED/TIME Page Dr. Helmer    06:30am, Called    aic nurse 06:m |
|---|---|
| TIME/DISPOSITION | Get contact @ 0830 m |

| REPORT COMPLETED BY/TITLE — (PRINT AND SIGN) Ferre Hope D. Margambri | BADGE # 26C-3209 | RDOs F S |
|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 11/02)    DISTRIBUTION:  ORIGINAL - UHR    CANARY - CUSTODY    PINK - HEALTH AND SAFETY/RTW COORDINATOR

State of California – Health and Human Services Agency                                    Department of Mental Health

| YEAR 2005 | | PROB. NO. | ALL ENTRIES SHALL BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| DATE | TIME | | |
| 3/7/05 | 0615 | | On or about 0615 while passing meals for breakfast a cup of hot H₂O was accidently spilled to pt. CDC# K66652 while he's receiving the cup of hot H₂O from the food port. RN notified, first aid given on the treatment room. ————————— M. Clevasen MTA |
| | 0620 | | Place a call @ MD, no call back, called CTC nurse, spoke |
| | 0631 | | c̄ RN Delia & relay what happened to CDC# K66652, informed her pt is on cold compress on his ® lower leg & foot. |
| | | | Redonored on ® lower leg c̄ blister on the foot c̄ one on the dorsal area is open approximately 1cm x .5m. No active bleeding. Cold compress continues on ® foot. Seen by Dr. Kraus & examined pt. Complained of pain on the affected area. c̄ new orders & carried out. Tylenol 650mg given as start dose @ 0630. Pt rated from the scale of 0-10. The rate is 9. Enc to drink more fluid. Tolerated well. Triamcinolone cream clarified from Dr. Helman @ 0915, informed again about the patient. |
| | 1000 | | Will see patient tomorrow 3/8/05 on Medline. Made a follow-up for pain meds. MD called back c̄ orders & carried out. Vital signs checked & recorded BP 120/79 P75 T97.1 R20 Triamcinolone cream 0.1% applied to ® foot q̄ day. Covered c̄ |
| | 1035 | | light dressing. Pt returned to cell c̄ dressing in place. Will continue to monitor pt ———————— (signature) RN |

**INTERDISCIPLINARY NOTES**

MH 5624 (11/00)

*Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514*

DMH-SVPP
BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    MN
CDC  K66652
12/15/04

Page No. _____

INTERDISCIPLINARY NOTES

| YEAR 2008 | PROB. NO. | |
|---|---|---|
| DATE 3/6/08 TIME 1100 | | Cont. for AM shift note: Pt is alert & oriented. Dr. Krause & this writer talked to him, reminded him to elevate his foot while he is on bed. Pt to [illegible] at his lunch. Remind pt he had a new order of pain meds as well as |
| | 254 | a new tx order. Will monitor pt vitals x 24°. Roxicet 2 tabs given @ 1254 for pain @ the scale of 9 per patient. Vital signs taken Bp 140/74 P 82 R 18 T 98.3. New tx started Silvadene cream applied to blistered area after cord compress & Triamcinolone cream. Covered c light dressing |
| | 1315 | Reddened area fading, swelling subsiding. Ø drainage Ø signs of infection noted. Will continue to monitor [illegible] R |
| | 1320 | Dressing in place & intact. Talked to MHD earlier pt continue to express desire to be discharge & prior to that if he can go to stage 2. Pt was convinced to stay or remain in the program & pt agreed. [illegible] |
| 3/7/08 1455 | | TC Pt c/o pain, dressing falling off need to see doctor. Pt taken to tx room dressing is intact, loose soft setting placed over bandage. Pt received per Roxicet tabs @ 1254 next dose due @ 2100. Med nurse instructed to give Tylenol 650 mg po now. Fresh cool pack given. Pt reminded to elevate foot. [illegible] |

BERDINGER, ANTHONY
STPP 111000177-b
03/13/85   WM
CDC K66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

State of California Health and Human Services Agency

Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE -

| YEAR 2005 | | PROB. NO. | |
|---|---|---|---|
| DATE | TIME | | |
| 3/7/05 | 2000 | TC | Pt cont to c/o pain from foot. Pt reminded to elevate foot + keep ice pk on for 10 min then off 5-10 min. Next pm due @ 2100. — BXLBXR |
| 3/7/05 | 2115 | TC | Pt requested to spend night in obs room. Placed in obs room c blanket + pillow + sheets. BXLBXR |
| 3/7/05 | 2035 | P23 | Pt requesting prn benadryl for sleep. MOD called. prn Benadryl 50mg po/IM ordered now 1X. PRN given po. BXLBXR |
| 3-8-05 | 2200 | P20 | Received pt in observation room 217. Alert & verbally responsive. Breathing even & unlabored. Visually stood in front of the door calling for MTA, SR MTA & Nurse. Geodon 10mg IM given for agitation @ 2235. Up & about. Encouraged to 4 R foot, cold compress in place. Able to slept @ short interval. @ 0315 Tylenol C 10mg for R leg pain - effective. Vital signs taken. Bp 120/80 T 98.8 P88 R 20. Roxicet 2 tabs given. Pain scale of 9 as states. |
| | | DSN | Dressing in place & intact on his R foot. ____ P Seager R Will continue to monitor pt. Will be seen by Medical Doctor today. P Seager M |
| 3/8/05 | 1350 | P20 | Am shift Note: Pt. requested to go back to his cell @ 0930 P seeing MD, pt. verbally contracted for safety & escorted back to his cell c incident. Pt. stated "I'm not suicidal" ___ |

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

INTERDISCIPLINARY NOTES

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65    WH
CDC  K66652        Page No. ____

CORE RECORD

State of California—Health and Human Services Agency

Department of Mental Health

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR 200_ | | PROB. NO. | PM SHIFT NOTE: Pt was conversant telling |
|---|---|---|---|
| DATE | TIME | | |
| 3/8/05 | 2046 | | this writer that his B-day is on Saturday 3/12 and he'll turn 40 years old. c/o pain to an burn area (R) foot Pain meds given as ordered and encourage to elevate leg (R) foot when resting. Pt is compliant to tx regimen ———— _(signature)_ RN |
| 3/8/05 | 2120 | Ⓢ | WEEKLY NURSING NOTE: |
| | | | Mr. Berringer remains on CTO status for incident on 3/1/05 and continued unacceptable behaviors since. He has had numerous episodes of yelling, hitting @ door, demanding attention from all staff, threatening comments. ie to he (staff) want to "rock & roll," "I'm not gonna take my meds anymore." He said clearly pm's and on 3/6 c/o hearing voices & rec'd prn Geodon IM. On morning of 3/7 he rec'd an accidental burn to his feet from scalding coffee & was given tx. for his minor burns. He has been receiving tx. for this since the incident. His ADL's have suffered & he appears more disheveled than usual, appetite good & appears to sleep c little disturbance. Voice bright. _(signature)_ RN |

---

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65   WH
CDC K66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

**INTERDISCIPLINARY NOTES**

CORE RECORD

| YEAR 2005 | PROB. NO. | FIRST AND LAST NAME AND TITLE |
|---|---|---|
| | P₂₀ | cont: I'm just felt depressed last night, my mind was |
| DATE 3/6 | TIME 1:50 | mixed up pw not taking my meds X 4½ days", pt. was |
| | | med compliant cooperative during med pass, dressing done |
| | | to ® prot, still c̄ blisters noted & sloughing/infection, pt. was seen |
| | | by MD i new orders written, noted & carried out by med |
| | | nurse. _____ |
| 3/8 | 3:00 | Ø Psych Note: Diagnosis |
| | | S/O – Met c̄ pt per his request to discuss his |
| | | Dx, which is Schizoaffective Disorder, Bipolar Type. |
| | | He was alert, oriented, agitated/stressed. He |
| | | reported that he wants to continue programming |
| | | as he "needs help" with his mental illness. |
| | | He wanted to know if he would have a mental |
| | | illness "all of my life" Discussed what it means |
| | | to be diagnosed as "Schizoaffective, Bipolar Type" |
| | | Recommended that pt consistently take his medication |
| | | attend groups to learning coping skills to deal |
| | | c̄ his thinking (TFAC group) + feelings (Mood |
| | | Management group). Informed pt that Biofeedback |
| | | & Hypnosis are additional txs that can help him |
| | | to cope c̄ his Ψtric Sxs. |
| | | A/P – Pt acknowledges that he needs medication + therapy |
| | | to cope. Will provide pt c̄ relevant literature re: on |
| | | hope to cope c̄ voices, relaxation techniques + positive affirmations. |

DHH–SVPP
BERRINGER, ANTHONY S        B Wan
S V P P 111000177-b        Psy.D
03/12/65    WH
C D C   K68652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

**INTERDISCIPLINARY NOTES**                    CORE RECORD

| YEAR 2005 | | PROB. NO. | NOC shift note: Pt slept ~~through~~ noc c̄ inappropriate |
|---|---|---|---|
| DATE 3/9/05 | TIME 0500 | | behaviors noted. No somatic complaints c̄ dressing in place |
| | | | on (R) back X leg. No onplaine of pain @ this time ~~Tazzell~~ |
| | 0510 | | Moxicet 2 tabs gion to (R) foot pain c̄ good effect ~~fee~~ ×× |
| 3/9/05 | 1205 | 123/119 108 | pt had 90-day IDT × CTP status. pt was calm, pleasant, cooperative, answers, |
| | | | questions appropriately, alert & oriented ×3. pt was apologetic to |
| | | | staff × take responsibility on his actions. pt expressed concern |
| | | | that he still wants to cont. # programmic SVPP, pt received (+) |
| | | | feedback from the team that he BPRS testing done & S's in |
| | | | his tx plan Team agreed pt was of CTP & stage 2 ___ RN |
| | | | Addendum: Health teaching provided re to think before reacting |
| | | | pt verbalized understanding. ___ RN |
| 3/9/05 | 1227 | ✓ | Nutrition Note: attended 90-Day IDTT mtg. He is responsive |
| | | | and appropriate. Continues on regular diet c̄ std. HS |
| | | | Snack. Patient stated that he does like any diet changes |
| | | | He also exercises in his cell. ___ update: ___ mo.; ___ 3 mos |
| | | | admission. Current wt ___ review above his range. ___ |
| | | | BMI of ___ classifies him as overweight. Continue ___ diet plan |
| | | | physical activity to benefit weight loss. Monitor weekly wt. |
| | | | c̄ nutri-related labs. ___ Minnesota, RD |
| 3/9/08 | 1200 | ✓ | PM SHIFT note: During ___ to (R) foot |
| | | | because it get stiff. ___ area is |
| | | | ___ clean, and moist. ___ |
| | | | ✓ pain and ___ |

DMH-SVPP
BERRINGER, ANTHONY S
SVPP J11000177-b
03/12/65   WH
C D C   K66652
12/15/04

MH 5824 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

INTERDISCIPLINARY NOTES

State of California—Health and Human Services Agency — Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR 2005 DATE | TIME | PROB. NO. | |
|---|---|---|---|
| | | | Cont. and it was helpful. VS taken and |
| 3/9/05 | 2200 | 4 | WNL. Afebrile — [signature] |
| 3/10/05 | 0130 | | NOC shift note: Pt awake, alert & verbally responsive. |
| | | | Kept calling, loud, demanding his PRN. Noxicet 2 tabs |
| | | | given for pain on his (R) foot - effective. Dressing in pla |
| | 0230 | | & intact on his (R) foot. Pacing on his room pt yelling |
| | | | "man down, man down". Staff checked A-wing where the |
| | | | noise come frm. Other pt on the opposite wing c̄ his |
| | | | hand on top of his head waving to the opposite pt. |
| | | | It was checked & staff to that patient. This patient |
| | | | told staff while is still loud, "I will watched him". On going |
| | | | staff q̄ 15 minutes rounds done. To assured pt safety |
| | | | will continue to monitor. No signs of respiratory distress |
| | 0530 | | No complained of pain or discomfort. — [signature] |
| 3/10/05 | 1130 | ⊖ | Am shift note: |
| | | | Dressing changed on his RT foot, ⊖ S/S of infection |
| | | | noted. Continues on Tx. moved out to B-18, |
| | | | Stage 2. — [signature] |
| 3/10/05 | 2045 | 4 | PM SHIFT NOTE: Dressing was changed |
| | | | because it was wet while taking |
| | | | shower. D/C dressing and I laid |
| | | | [illegible] [illegible] [illegible] [illegible] |
| | | | some fluid in it. Pain meds |
| | | | given for pain. VS are WNL [signature] |

DMH-SVPP

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65 WH
CDC K66652
12/15/04

Page No. ______

INTERDISCIPLINARY NOTES — CORE RECORD

State of California—Health and Human Services Agency                                    Department of Mental Health

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR | | PROB. NO. | |
|------|------|------|------|
| DATE | TIME | | |

| | | |
|------|------|------|
| 3/11/05 0600 | | Noc Shift Note: Pt. slept all noc, & behavioral problems noted, & Azn from ABT therapy for skin burn ———— Lisamoto |
| 3/11/05 7:00 d | PM | PM SHIFT NOTE: Blister on (R) foot popped out & clear fluid. During change and applied Silvadene pt. Complained no c/o pain. Is well ——— [signature] |
| 3/11/05 6:00 φ | | NOC SHIFT NOTE: Slept through the night. Dressing on (R) foot intact no c/o pain nor discomfort — [signature] |
| 3/12/05 1220 φ | | PM Shift Note: Dressing did to (R) foot burn, & S/S of infection, & drainage, & no pain/discomfort, to cont. to monitor— [signature] |
| 3/12/05 7:00 d | PM | PM SHIFT NOTE: Pt took shower and had a wet dressing. Changed dressing to (L) foot & any signs of infection. No S/S pain nor discomfort. No drainage — [signature] |
| 3/1/05 0615 φ | | Noc shift note: Pt slept all night. No behavior problem [signature] |
| 3/14/05 0524 φ | | Noc shift note: Pt slept through noc & inappropriate behavior noted. Dressing in place & intact to (R) foot Rose—— N No complaint of pain & discomfort ———— Rose— N |
| 3/14/05 1430 late entry for 3/13/05 2030 | o | PM Shift note: Dressing to R. foot, dry and intact. & S/S pain or discomfort ——— J.Sanzolo |

DMH–SVPP

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
C D C   K66652
12/15/04

Page No. _____

**INTERDISCIPLINARY NOTES**                                    CORE RECORD

CORRECORD

INTERDISCIPLINARY NOTES

Page no.

12/15/04
CDC K66665
03/12/63    WH
SVPP TTT0000TTT7-b
BERRINGER, ANTHONY S
DHH-SVPP

MH-C824 (Rev. 4/00)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

| YEAR 2005 | | | |
|---|---|---|---|
| DATE | TIME | PROB. NO. | |

State of California—Health and Human Services Agency                                                    Department of Mental Health

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR | 05 | PROB. NO. | CONTINUED NURSING NOTES — _____ |
|---|---|---|---|
| DATE 3/21 | TIME 185? | | Weekly Nursing Summary — |

40 y/o w/ ♂ c/o 4/10 (Pain R/T Food due to 2nd degree burn) 6/10 Pain in his throat. has hx of hyper thyroid. MHA 5/10 at this time, and c/o intermittantly. PT also c/o Hallucinations visual and Auditory says he sees his mother's face & blood coming from her eyes. PT says he is able to deal ē problems due to DR makes giving him a paper ē instructions about hallucinations. PT says that he will let us know if he gets suicidal. PT's latest med change was stop on Risperdal Consta 25, and begin Risperdal Consta 37.5 mg @ 2 weeks last lab 2/7/05 HIV counsel & test done. PT c/o not getting along ē social worker due to confidential matters being talked about in the hall. PT also unhappy ē his ♀DR wants to 602 him PT A & O x 3-15 good eye contact when speaking ē you. PERRLA Hand strength grip strong bilat. VS (T) 99.3 (P) 77 (R) 16 (BP) 120/63 Sat 97³⁰ PT says he likes the groups but due to his being impulsive. he trys to control the grup. PT Stable —_____

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
CDC  K66652

Page No. _____

**INTERDISCIPLINARY NOTES**                                                    **CORE RECORD**

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR 2005 / DATE | TIME | PROB. NO. | |
|---|---|---|---|
| | | | AM shift note: Pt alert & verbally responsive. Complained of |
| 3/22/05 | 1100 | | headache & pain given @ 0800 & Albuterol inhaler 2 puffs for SOB — @ 0800 ō good effect. No inappropriate behavior noted. ———— [illegible] RN |
| | | | Vital signs checked & recorded BP 107/66 T 99.4 P 76 R 18 |
| | | | Pain meds given on a PRN basis ——— [illegible] RN |
| 3/23/05 | 0530 | | Noc Shift Note: Pt. slept all noc, & c/o pain or discomfort ———— A [illegible] RN |
| 3/23/05 | 1437 | | Met w/ Pt for 1:1. Pt expressed that he's decompensating and wants to see Dr. [illegible] more often about his meds. Pt expressed that he wants to go to [illegible]SH. This writer informed Pt that his written requests for me to ① contact an old friend & release his medical records & ② to contact an author so he can tell her he wants to date her are inappropriate. Discussed impulsivity & social rules & boundaries. — D. Cain, PSW |
| 3/23/05 | 1600 | | Pt. moved from C5-27 to D2-40 — [illegible] |
| 3/24/05 | 0530 | | Noc Shift Note: Pt. awake from 2200 to 0245, per Noc shift MTA report, I/P saw @ around 0230 sitting on the edge of peer P62531's bed, redirected pt to go back to own bed + sleep, [illegible] @ 0300 asleep — [illegible] RN — |

CSH-SVPP

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

HEPPINGER, ANTHONY S
SVPP 111000177-6
03/12/65 WH
CDC K66652
12/15/04

Page No. ______

INTERDISCIPLINARY NOTES CORE RECORD

| YEAR | | PROB NO | |
|---|---|---|---|
| DATE | TIME | | |
| 3/15/05 | 1000 | 4 | Crx weekly summary: this program medication changes this past month. Resp Risperdone Conc. disc Risperdol conc. 375 mg q 2 wks. new dose 3/15/05 Risperdone 2mg po bid D/C on 3/15/05 — Geodon 10 mg IM prn agitation, NTE 4x in 24". ↑ on 3/15/05. Pt indicated 5x c positive results. V/S: BP= 113/62 P. 88 R. 18 T- 97³ Body wt= 162 lbs (+2) censured BD-100% meals. new diet order. Reg. diet - 3/15/05. V/S QD x 7days in am - pt wants to gain a discipline. ✓ new lab orders as q this review. ✓ A's & plan. continue to attend gsps/individual therapy. ✓ A's pt's interaction i staff + peers. ✓ lab, diagnostic procedures, consultations as q this review. meds reinforcement to the health teaching provided. UCP - current K-xo. completed on 3/14/05. ————— J García PA |
| 3/18/05 | 1900 | | Approximately @ 1800 on 3-18-05, Pt. Calling this writer by name, when this writer attended his call, Pt. said "I'm going to sue the state of California so, the Kitchen will not allow people to handle the H₂0 so hot." Then, he asked me "if the Court needs somebody to testify, will you be my witness?" I told Pt. that I will no be his witness & that I will limit my conversations to him only to his treatment needs. M. Cdummins DMR-SYPP |

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5020 & 4514

BERRINGER, ANTHONY S
SYPP 111000177-b
03/12/65   WH
C D C   K66652
12/15/04

Page No. _____

State of California—Health and Human Services Agency — Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR DATE | TIME | PROB. NO. | |
|---|---|---|---|
| | | | Con. monthly nursing summary: Depression – sad |
| 3/7/05 | 1800 | 114 | affect. Pt wants to continue programming because he needs help c̄ his mental illness. He also continues to dwell on his past, about his losses. Pt. interviewed he reported – depression ↓, it helps when he comes out to groups. Able to state one way to ↓ depression. Continue current goals ——— [illegible] |
| | | 16K | Bizarre behaviors – Rating 1 – improvement since last month which was 0 [illegible]. He occasional bizarre behaviors exhibited this month: refer to IDN 3/2/05 (1621) and 3/2/05 (2021). Health teaching provided how to perform breathing exercises if feels anxious + stress. Verbalizes understanding. Continue current goals ——— [illegible] |
| | | P10 | Urinary discharge – improved – no c/o at this time. s |
| | | TC | New TC reported 3/7/05 – refer to IDN. Pt sustained a blister R-foot 2° $H_2O$ water burn. Seen by Dr. Helmer c̄ recommendation refer to physicians order 3/6/05. R-foot blister healing well s̄ S/S of infection ——— [illegible] |
| | | | Pt performs his ADL's c̄ prompting. Showers + shaves as scheduled. Keeps his room neat + in order. Pt has not been 100% med-compliant this month. Refused [illegible] X – when he was agitated + wants to be [illegible] |

DMH-SVPP — [signature] RN

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65 WH
CDC K66652
12/15/04

Page No. ______

State of California—Health and Human Services Agency                                    Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR | | PROB. NO. | |
|---|---|---|---|
| DATE | TIME | | |
| 3/11/05 | 0800 | | Noc Shift Note: Pt slept all noc, @ behavioral problems noted, @ sm from OT therapy per skin burn ————— L. Tacamni |
| 3/11/05 | 2100 | | PM SHIFT NOTE: Blister on R foot popped out c clear fluid. During shower and applied Silvadine ss. Coordinator no c/o pain. VS WNL ————— |
| 3/12/05 | 0500 | | Noc SHIFT NOTE: Slept through the night. Dressing on R foot intact. No c/o pain nor discomfort ————— L. Martinez |
| 3/12/05 | 1300 | | Am shift Note: Dressing D/d to R foot burn, @ S/s of infection, @ drainage, @ c/o pain/discomfort, to cont. to monitor ————— |
| 3/12/05 | 2100 | | PM SHIFT NOTE: Pt took shower and had a wet dressing. Changed dressing to R foot c any signs of infection. Pt c/o pain nor discomfort. No drainage ————— |
| 3/13/05 | 0500 | | Noc shift note: Pt slept all night ————— M. Benjamin |
| 3/14/05 | 0530 | | Noc sept wte: Pt slept through noc c inappropriate behavior w/ d Dressing in place & intact to R foot ————— No complained c/o pain & absent ————— |
| 3/14/05 late entry for 3/13/05 | 1430 20 30 | | PM Shift note: Dressing to R. foot, dry and intact. @ c/o pain or discomfort ————— |

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65    WH
CDC  K66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

INTERDISCIPLINARY NOTES

State of California—Health and Human Services Agency — Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR 2005 / DATE | TIME | PROB. NO. | |
|---|---|---|---|
| | | | PM [illegible] note: Reported [illegible] dressing to |
| 3/11/05 | 2240 | e | R-foot dry and intact ē c/o pain — [illegible] |
| 3/11/05 | 0530 | | NOC [illegible] note: Pt slept through NOC ō inappropriate behavior noted. Dressing to R in place & intact [illegible] |
| 3/14/05 | 2130 | e | PM [illegible] note: R-foot dressing D/C. Seen by |
| | | | Dr. [illegible]. R-foot open ulcer healing — ō |
| | | | s/s of infection — [illegible] RN |
| 3/16/05 | 1730 | e | Pt moved from B6-18 to C5-27 — [illegible] |
| 3/17/05 | 0530 | e | Monthly Nursing Summary: Pt. currently on |
| 3/17/05 | 1730 | | stage 2 moved today from B6/18 to C5/27. |
| | | | Last IDT on 3/9/05 — 90 day review to assess the |
| | | | progress. Focus of treatment are the following: |
| | | 123 | Hallucinations. Rating 6 same as last month. |
| | | | Pt. still c/o hearing voices especially when the |
| | | | time when he was not taking his medications. |
| | | | Pt. [illegible] that he will not refuse his medications |
| | | | anymore because the voices really gets [illegible] if |
| | | | he did not take his medication. Pt. interviewed |
| | | | [illegible] to [illegible] on ways to cope ē voices is to continue |
| | | | taking his medication. Continue same goals. Has |
| | | | [illegible] to discuss [illegible] |
| | | | [illegible] understanding — |
| | | 114 | Cognition. Rating 6 — same as last month. |
| | | | Pt. continues to attend groups + interacts ē peers |

— [illegible]

DMH-SVPP

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65 WH
CDC K66652
12/15/04

Page No ______

INTERDISCIPLINARY NOTES — CORE RECORD

State of California—Health and Human Services Agency

Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR | | PROB. NO. | |
|---|---|---|---|
| DATE | TIME | | |
| 3/11/05 | 0500 | | Nee shift Note: Pt. slept all noc, ☐ behavioral problems noted, ⊕ s/n from ABT therapy per skin burn ————————— L. Lacamisi |
| 3/11/05 | 2100 | ☐ | PM SHIFT NOTE: Blister on (R) foot popped out c̄ clear fluid. During shower and applied Silvadene pt. Compliant. no c/o pain. VS WNL ——— P. Mandap R |
| 3/11/05 | 6:00 | ☐ | Noc SHIFT NOTE: Slept through the night. Dressing on (R) foot intact. No c/o pain nor discomfort. S. Mankaoi |
| 3/12/05 | 1200 | ☐ | AM shift Note: Dressing b/d to (R) foot burn, ⊘ s/s ☐ infection, ☐ drainage, ☐ c/o pain/discomfort, to cont. to monitor— A. Jison RN |
| 3/12/05 | 2100 | ☐ | PM SHIFT NOTE: Pt. took shower and had a wet dressing. Changed dressing to (R) foot c̄ any sign of infection. Mr. c/o pain nor discomfort. No drainage —— P. Mandap |
| 3/13/05 | 0515 | ☐ | Nee shift note: Pt slept x all night. No behavior problem. E. Abad RN |
| 3/14/05 | 0520 | ☐ | NOC shift nte : Pt slept through noc c̄ inappropriate behavior noted. Dressing in place & intact to (R) foot. Reagon R No complained c/o pain. ☐ distort. R. Ablog N |
| 3/14/05 late entry for 3/13/05 | 1430 / 2030 | ☐ | PM Shift note : Dressing to R. foot, dry and intact. ☐ c/o pain or discomfort —— L. Jison RN |

DMH–SVPP

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65   WH
C D C   K66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

**GOVERNMENT CLAIMS PROGRAM**
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

June 08, 2007

RE:  Claim G564174 for Anthony S Berringer, K66652

Dear Anthony Berringer,

Per your request, please find attached a copy of the letter regarding your claim G564174.

If you have questions about this matter, please mention letter reference 107 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 107 Custom Text Letter

State of California-Health and Welfare Agency

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

Department of Mental Health

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION |
|------|------|-------------|-----------------------------------|
| | | | (PHYSICIAN MUST SIGN EACH ORDER) |
| 7/05 | 2135 | TC P.TC | PRN benadryl 50mg po or IM 1x (1) per Kraus (verble from Dr.) Blanco RN |
| | | | Noted 3-7-05 @ 2140 _____ MTA |
| 7-05 | 2305 | | 24° V — M. _____ MTA |
| 3-8-5 09:30 | | 1) | Cont daily dressing Silvadine cream, until healed & less sensitivity |
| | | 2) | DC TAO cream |
| | | 3) | Peridex mouth wash |
| | | 4) | TAO soaking donburi daily — 45d TAO lotion to dbl. Skin to Elbows PRN — 45d |
| | | 5) | Cleanse ® buttock; leg wound z soap & water expos. lotion til healed |
| | | | Noted _____ MTA 3/8/05 |
| 8/05 | 2254 | | 24° V — M. _____ MTA |

ALLERGIES: Ativan, Haldol & Improfen

Start a New
Form if No.
Number Shows.

**PHYSICIAN'S ORDERS**

CONFIDENTIAL PATIENT INFORMATION
SEE CA W&I CODE 5328

MH 5860 (C) (5/91)
SECTION 4000

BERRINGER, ANTHONY B
SVPP 111000177-b
03/12/65    MN
CDC K66652

State of California—Health and Human Services Agency

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR DATE TIME | PROB. NO. | |
|---|---|---|
| 3/11/05 0500 | | Nee Shift Note: Pt slept all noc, & behavioral problems noted, & s/n from ABT therapy for skin burn ——— L.Lacamba— |
| 3/11/05 7100 | ✓ | PM SHIFT NOTE: Blister on ® foot popped out c̄ clear fluid During shwr and applied Silvadine s/s Coyduru no c/o pain VS WNL —J.Manikan |
| 3/11/05 6:00 | ✓ | Noc SHIFT NOTE: Slept through the night. Blistering on ® foot intact No c/o pain nor discomfort J.Manlagni |
| 3/12/05 1200 | ⊕ | pm shift Note: Dressing did to ® foot burn, & s/s ø infection, & drainage & c/o pain/discomfort, to cont. & monitor —M.J.Doe— |
| 3/12/05 7100 | ✓ | PM SHIFT NOTE: Pt took shower and has a wet dressing. Changed dressing to ® foot c̄ any signs of infection. No c/o pain nor discomfort. No drainage —J.Manikan |
| 3/13/05 OK⊘ | | Nee shift note: Pt slept all night M.Manion Building SHIFT RN |
| 3/14/05 0570 | ✓ | NOC ss/n wte : Pt slept through noc s̄ inappropriate behavior noted. Dressing in place & intact to ® foot Passen N No complaned c/o pain & distort Passen N |
| 3/14/05 1430 late entry for 3/16/05 20:30 | 0 | Pm Shift note: Dressing to R. foot, dry and intact. ø c/o pain or discomfort —J.Hongsen |

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65    WH
CDC  X66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No.

**INTERDISCIPLINARY NOTES**

State of California--Health and Human Services Agency

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR 2005 DATE | TIME | PROB. NO. | |
|---|---|---|---|
| | | | PM shift note: Replaced dressing to |
| 3/14/05 | 2040 | ⊖ | R-foot dry and intact. ē c/o pain — [illegible] |
| 3/15/05 | 0530 | | NOC shift note: Pt slept through NOC ś inappropriate behavior w/Tee. Dressing to ® in place & intact [illegible] |
| 3/16/05 | 2130 | ⊖ | PM shift note: R-foot dressing D/C. Seen by Dr. [illegible]. R-foot open [illegible] healing – ē s/s of infection — [illegible] RN |
| 3/16/05 | 1730 | ⊖ | Pt moved from B6-18 to C5-27 — [illegible] |
| 3/17/05 | 0930 | ⊖ | Monthly Nursing Summary: Pt. currently on |
| 3/17/05 | 1730 | | stage 2 moved today from B6/18 to C5/27. |
| | | | Last IDT on 3/9/05 – 90 day review to assess the progress. Focus of treatment are the following: |
| | | 123 | Hallucination – Rating 6 – same as last month. Pt. still c/o hearing voices especially when [illegible] time when he was not taking his medications. Pt. reported that he will not refuse his medications anymore because the voices really gets worse if he did not take his medications. Pt. interviewed able to state one way to cope ē voices is to continue taking his medications. Continue same goals. Teach [illegible] to discuss real [illegible] or reality [illegible] understanding. — [illegible] |
| | | 114 | Aggression – Rating 6 – same as last month. Pt. continues to attend groups + interacts ē peers — [illegible] |

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65 WH
CDC K66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. ______

INTERDISCIPLINARY NOTES

CORE RECORD

State of California—Health and Human Services Agency                                          Department of Mental Health

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR | PROB. NO. | |
|------|-----------|---|
| DATE | TIME | |

3/11/05 0600 — Nee Shift Note: Pt. slept all noc, ∅ behavioral problems noted, ∅ s/s from ABT therapy (has skin burn) ———————— L. Lasamro —

3/11/05 7100 — PM SHIFT NOTE: Blister on (R) foot popped out ō clear fluid. During shower and applied Silvadene ∅. Complain no c/o pain. VS WNL ———— J. Morgan

3/11/05 0600 — Noc SHIFT NOTE: Slept through the night. Dressing on (R) foot intact. No c/o pain nor discomfort. J. Morgan

3/12/05 1200 — ∅ AM Shift Note: Dressing n/d to (R) foot burn, ∅ s/s ō infection, ∅ drainage, ∅ c/o pain/discomfort, to cont. to monitor ———

3/12/05 7100 — PM SHIFT NOTE: Pt took shower and had a wet dressing. Changed dressing to (R) foot ō any signs of infection. No (∅) pain nor discomfort. No drainage ———— J. Morgan

3/13/05 0615 — Nee Shift note: Pt slept all night. No behavior problems.

3/14/05 0530 — NOC sign note: Pt slept through noc ō inappropriate behavior noted. Dressing in place & intact to (R) foot. Pegaso N. No complained c/o pain & discomfort. Pegaso N.

3/14/05 1430 / late entry for 3/13/05 20:30 — PM Shift note: Dressing to R. foot, dry and intact. ∅ c/o pain or discomfort ———

———————— DMH-SVPP ————————

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
CDC  K66652
12/15/04

Page No. _____

RPT03043   RPTH3.4.3   BDAVENDI
10:50:22   02/25/05   PAGE:

INSTRUCT.   ...initial and sign once each page. Use legend on back of form to record site of injection or reason for not administering medication/treatment.

| Start Stop | MEDICATIONS AND TREATMENTS | HOUR | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0204 2309 0505 | ACETAMINOPHEN 650 MG TABLET ORAL PO Q4H PRN HEADACHE PAIN MAX 4X/24HR D/C: ----- (1- P20 ) | PRN | | | | | | | | | | | | | | | | | | | | | | | |
| 0204 2309 0505 | ALBUTEROL SULFATE (PROVENTIL HFA 90 MCG INHALER) 2 PUFF AER W/ADAP INHALATION Q4H PRN **AS NEEDED FOR ASTHMA ATTACK** D/C: ----- (1- P20 ) | PRN | | | | | | | | | | | | | | | | | | | | | | | |
| 0204 2809 0505 | MAGNESIUM HYDROXIDE (MILK OF MAGNESIA SUSPENSION) 30 ML ORAL SUSP ORAL PO EVERY 48 HRS PRN CONSTIPATION | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0204 2309 0505 | OLANZAPINE (ZYPREXA 10 MG) 10 VIAL INTRAMUSC. IM Q8H PRN GIVE IM AGITATION **REPEAT DOSE NOT LESS THAN 8 HOURS AFTER LAST DOSE* MAX 2X/24HR D/C: ----- (1- 123 ) | PRN | | | | | | | | | | | | | | | | | | | | | | | | |

(handwritten) Cleanse (R) Buttocks č leg wound č soap and water exposed to air till heald

(handwritten) Excedrin 10 mg IM PRN agitation, NTE 4X/24 Hrs., 2HD AND EACH SUCCEEDING DOSES TO BE NO LESS THAN 2HRS P PRECEEDING DOSE

Allergies: ——NO KNOWN ALLERGIES——
ATTIVAN, HALDOL, IBUPROFEN

**MEDICATION AND TREATMENT RECORD**

AH 5764 (10/93)
PAGE 1 of 2

Confidential Client/Patient Information
See W.6.1 Code 5325

BERRINGER, ANTHONY SCOTT

UNIT BEDS

PATIENT #   177-6

Month   Mar   Year   2005

MEDICATION AND TREATMENT RECORD
MH 5764 (10/8)
Page 2 of 2

Confidential Client/Patient Information
See W & I Code 5328

**LEGEND**
Reason for not Administering Medication Treatment
R = Refused
S = School
T = Therapeutic leave
O = Withheld and justify on back of sheet or IDN

**INJECTION SITE NUMBER**
Legend Site Codes:
1. Lt. Upper Outer Quadrant Gluteus
2. Rt. Upper Outer Quadrant Gluteus
3. Lt. Deltoid
4. Rt. Deltoid
5. Lt. Anterior Thigh
6. Rt. Anterior Thigh
7. Lt. Deltoid Subcutaneous
8. Rt. Deltoid Subcutaneous

State of California-Health and Welfare Agency

Department of Mental Health

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION     (PHYSICIAN MUST SIGN EACH ORDER) |
|------|------|-------------|--------------------------------------------------------------------|
| 7/05 | 2135 | TC P.RN | PRN Benadryl 50mg po or IM 1X _(illegible)_ Dr Kraus _(illegible signature)_ RN |
|      |      |      | Noted 3-7-05 @ 2140 _(signature)_ MTA |
| 7/05 | 205 |      | 24°V M. _(illegible)_, MTA |
| 3-8-5 09:30 |      |      | 1) Cont daily dressing c Silvadene cream until healed s loss sensitivity |
|      |      |      | 2) D.C. TA cream |
|      |      |      | 3) Peridex mouth wash _(illegible)_ soaking denture daily —45d |
|      |      |      | 4) A&D lotion to dry skin to _(illegible)_ PRN —45d |
|      |      |      | 5) Cleanse R buttock _(illegible)_ c soap _(illegible)_ expose _(illegible)_ til healed. |
|      |      |      | Noted _(signature)_ MTA 3/8/05 |
| 8/05 | 2250 |      | 24°V M. _(illegible)_, MTA |

ALLERGIES: Ativan, Haldol & Improfen

Start a New Form If No Number Shows.

**PHYSICIAN'S ORDERS**

CONFIDENTIAL PATIENT INFORMATION
SEE CA W&I CODE 5328

MH 5860 (C) (5/91)
SECTION 4000

BERRINGER, ANTHONY B
CYPP 111000177-b
03/12/65    WH
C D C  K66652



Confidential Client/Patient Information
See W & I Code 5328



STATE OF CALIFORNIA

ARNOLD SCHWARZENEGGER, Governor

**VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD**
GOVERNMENT CLAIMS DIVISION
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0045   Fax Number: (916) 323-6788
Internet www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

December 01, 2006

RE:  Claim G564174 for Anthony S Berringer, K66652
      Tort claim for CDC Inmates, Late Claim

Dear Anthony Berringer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 26, 2006.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your application for leave to present a late claim was filed more than one year from the date of the incident that is the basis of the claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 97 No Jurisdiction





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

June 08, 2007

RE:  Claim G564174 for Anthony S Berringer, K66652

Dear Anthony Berringer,

Per your request, please find attached a copy of the letter regarding your claim G564174.

If you have questions about this matter, please mention letter reference 107 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 107 Custom Text Letter





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

June 08, 2007

RE:  Claim G564174 for Anthony S Berringer, K66652

Dear Anthony Berringer,

Per your request, please find attached a copy of the letter regarding your claim G564174.

If you have questions about this matter, please mention letter reference 107 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 107 Custom Text Letter

STATE OF CALIFORNIA

ARNOLD SCHWARZENEGGER, Governor

**VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD**
GOVERNMENT CLAIMS DIVISION
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0046   Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

December 01, 2006

RE:  Claim G564174 for Anthony S Berringer, K66652
     Tort claim for CDC Inmates, Late Claim

Dear Anthony Berringer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 26, 2006.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your application for leave to present a late claim was filed more than one year from the date of the incident that is the basis of the claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 97 No Jurisdiction

State of California-Health and Human Services Agency                                    Department of Mental Health

| DATE | TIME | NO. | ALL ENTRIES SHALL BE SIGNED WITH NAME AND TITLE |
|------|------|-----|--------------------------------------------------|

3-8-5
0930

(R) foot examined — inflammation
all but cleared on
the TCA cream — shallow
ulceration c̄ good epithelium
at base — one blister type
on foot — minor or 1st
degree burn —
Will cont daily dressing —
Now that inflamm is minimal —
will use only the Selegiline —

A11
3-8-5
0930

IM wants pt/m to wash penis
plate — will ℞.

Later told of supp erosions
of buttocks / leg (R) side —
will ℞.

Berringer

Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

MH 5510 (Rev. 1/01)

DMH-SVPP
BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65    WH



**PHYSICIAN'S PROGRESS NOTES**                                    CORE RECORD