State of California-Health and Welfare Agency

Department of Mental Health

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION (PHYSICIAN MUST SIGN EACH ORDER) |
|------|------|-------------|---------------------------------------------------------------------|
| 3/07/05 | 0915 | | Clarification of order dated 3/7/05 |
| | | | Triamcinolone cream 0.1% apply to ® leg & foot q̄ day x 4 days. Cover c̄ light dressing x 4 days |
| | | | Dr. Helmer will see pt tomorrow 3/8/05 (medline) |
| | | | V.O Dr. Helmer @ 0915/sgw |
| 3/7/05 | 2300 | | 24° V M Jueller, MTA    3/07/05 |
| 3/07/05 | 1000 | | Roxicet 3 tabs q̄ 8° x 3 days PRN for pain. (give when available) |
| | | | V.O Dr. Helmer noted Suzy pm |
| 3/7/05 | 2300 | | 24° V M Jueller |
| 3/07/05 | 10:30 | | Apply Silvadene cream to blistered area, use a THICK LAYER after cool compress and q̄ AM after Triamcinolone x 4 days |
| | | | to Dr. Helmer / B.J. Cavendish Pharm BJ Delleooo |
| 3-7-05 | 2300 | | 24° V M Jueller, MTA |
| 3-7-05 | 1100 | P 20 | Vital Signs q̄ 4 hours x 24° John Dr Grenn MD |
| 3-7-05 | 2300 | | 24° V M Jueller |
| 3-7-05 | 1100 | P 20 | Tylenol 650 mg. PO q̄ 4 hours PRN burn pain J. Dr Grenn MD |
| | | | noted by Heergell @ 1115 m |
| 3-7-05 | 2300 | | 24° V M Jueller, MTA   3/7/05 |

ALLERGIES: NKA  ATIVAN  IBUPROFEN  HALDOL

Start a New Form if No Number Shows

**PHYSICIAN'S ORDERS**

CONFIDENTIAL PATIENT INFORMATION
SEE CA W&I CODE 5328

MH 5660 (C) (5/91)
SECTION 4000

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
CDC K66652

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  1. 2VSPd    Log No. 1. 07-0184    Category 7
2.                                        2.

You may appeal any policy, action or decision which has significant adverse affect upon you. With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Berringer, Anthony, Scott   NUMBER K-66653   ASSIGNMENT E.o.p   UNIT/ROOM NUMBER D-3-2202

*bypof bch    3/7/05 burned by unnamed MTA in DMH*

A. Discuss Problem: My problem occurred on 3-7-05- At 6:15 am at Salinas valley state prison s.v.p.p. the old D.M.H. where I was burned with a hot scalding water A cup of hot scalding water on my A)upper Ankle (B)Lower foot middle (A) foot slide zone burns by a mta who poured, spilked water on my feet she the extra A State water carelessslyegelntry she wanted to flush with am chow this female mta never appoligized prob and she show any type of emotenis or Remorse

If you need more space, attach on additional sheet.    RECD MAR 28 2007

A. Action requested: 1) to have her ~~re~~ terminindated 2) a letter of denial of complaint ~~en~~ 3) to have the state pay me the cost of the Injurie, and the Emotenor pain. $760.00

Inmate/Parolee Signature: Berringer, anthony, scott    Date Submitted: 3-29-07

B. INFORMAL LEVEL (Date Received _____ )
Staff Response: _____

DELIVERED APR 05 2007

Staff Signature: _____    Date Returned to Inmate: _____

C. FORMAL LEVEL    RECD APR 09 2007
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for procession within 15 days of receipt of response.

Disatisfied, due to the fact the concepts order in file a Another complaint I had already filed a 602 a staff complaint the mta is mta m.chaupring also. the c/o's at c.s.p. corcoran A.s.u. tamperred on th the documents of nov 2005 sgt maxrinez ct

Signature: Berringer anthony scott    Date Submitted: 4-2-07

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control Form BC-1E, Inmate Claim    DELIVERED APR 17 2007

5/1/07 rejected
by hiring Authority
staff complaint.
As    RECEIVED APR 19 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E.  REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 4-23-07    Due Date: 0-1-07

Interviewed by: _____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____    Returned
Signature: _____ Title: _____ Date to Inmate: _____

F.  If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 of days of receipt of response.

_Issas filed due to A270 19, me san step stand on 9 I filed the ex2 of the right time limits, the courts went to what's proper the sauce are s.a. cappisan - 3005 had appealed the last me the Ca2 packet 361 mine has bon timed it be ex I or made 2 express_

Signature: _Bessenger Anthony Scott_    DELIVERED JUN 04 2007    Date Submitted: 5-18-07
RECEIVED MAY 21 2007

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

G.  REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H.  If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_dissatisfied due to the time In crises bed + mental hospital admittance's need the denial appeal, I have to meet the deadline of the court_

Signature: _Bessenger Anthony Scott_    Date Submitted: 10/5/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

DELIVERED MAY 08 2007

Department of Mental Health

State of California-Health and Welfare Agency

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION          (PHYSICIAN MUST SIGN EACH ORDER) |
|------|------|-------------|---------------------------------------------------------------------|
| 2/25/05 | 1000 | 123 | *Risperadone Consta 25 mg. IM on 2-25-05 and every 2 weeks thereafter* John Dunn Kraus MD |
|      |      |      | Noted ___ MTA 2/23/05 |
| 2/23/05 |    |      | 74° ✓ by S Hunter MTA |
| 2/25/05 | 1305 | ⊕ | *Verbal Order to Dr. Kraus: Patient is requesting to upgrade his diet to Regular Diet, beginning tonight at dinner, 2/25/05.* Omansendoza M |
|      |      |      | noted ___ RN 2/25/05 1315 |
|      |      |      | John Dun Kraus MD |
| 2/25/05 | @ 2005 | | 84° ✓ By ___ MTA |
| 3/05 | 1400 | 123 | *Patient may have roof blocked* John Dun Kraus MD   3/3/05 |
|      |      |      | Noted ___ 1411 |
| 3/05 | 2235 |   | 20° ✓ On ___ MTA |
| 3/05 | 0830 | P10 | *Patient's right foot to be placed in ice water. Tylenol 650 mg PO stat* John Dun Kraus MD |
|      |      |      | noted ___ RN |
|      |      |      | @ 0840 w 05/07/05 |
| 3/05 | 0836 | P20 | *Triamcinalone cream 0.1% - apply to affected area on right foot and ankle, cover with light gauze* John Dun Kraus MD |
| 3/05 | 2300 | | 24° ✓ On ___ MTA wtec ___ @ 0835 |

ALLERGIES:   NKA   ATIVAN   IBUPROFEN 01 7/05   PEN ___

Start a New
Form if No.
Number Shows.  ▶

PHYSICIAN'S ORDERS

CONFIDENTIAL PATIENT INFORMATION
SEE CA W&I CODE 5328

MH 5660 (C) (5/91)
SECTION 4000

DERRINGER, ANTHONY S
SVPP 111000177-6
02/12/65   VN
CDC K44652
12/15/04

State of California—Health and Human Services Agency                    Department of Mental Health

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR | | PROB. NO. | |
|------|------|------|------|
| DATE | TIME | | |
| 3/11/05 | 0600 | | Noc Shift Note: Pt slept all noc, a behavioral problems noted, a sin from ABT therapy dry skin burn ——————— L Lacamon— |
| 3/11/05 | 2100 | d | PM SHIFT NOTE: Blister on (R) foot popped out c clear fluid. During shower and applied Silvadene oil. Cooperative no c/o pain VS WNL J Mulligan |
| 3/12/05 | 600 | d | Noc Shift Note: Slept through the night. Dressing on (R) foot intact no c/o pain nor discomfort J Mulligan R |
| 3/12/05 | 1200 | d | Am Shift Note: Dressing D/d to (R) foot burn, c s/s of infection, s drainage, s c/o pain/discomfort, to cont. to monitor— |
| 3/12/05 | 2100 | d | PM SHIFT NOTE: Pt took shower and had a wet dressing. Changed dressing to (R) foot c any signs of infection. No c/o pain nor discomfort. No drainage — J Mulligan |
| 3/13/05 | 0550 | d | Noc shift note: Pt slept all night. No behavior problems |
| 3/14/05 | 0571 | d | Noc sigt wte. Pt slept through noc c inappropriate behavior noted. Dressing in place & intact to (R) foot. Reason R No complained of pain & deject — Reason N |
| 3/14/05 late entry for 3/13/05 | 1430 | o | PM Shift note: Dressing to R. foot, dry and intact. o c/o pain or discomfort — |

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

DMH—SVPP

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65   WH
CDC  K66652
12/15/04

Page No. _____

**INTERDISCIPLINARY NOTES**                    SORE RECORD

State of California—Health and Human Services Agency　　　　　　　　　　　　Department of Mental Health

ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE

| YEAR 2005 DATE | TIME | PROB. NO. | |
|---|---|---|---|
| | | | PM shift note: Repaired/changed dressing to |
| 3/14/05 | 2040 | 6 | R-foot dry and intact. c/o pain — [signature] |
| 3/15/05 | 0530 | | NOC shift note: Pt slept through noc ē inappropriate |
| | | | behaviors w/ Tee. Dressing to ® in place & intact [signature] |
| 3/16/05 | 2130 | 6 | PM shift note: R-foot dressing D/C. Seen by |
| | | | Dr. Hilmer. R-foot open blister healing — ē |
| | | | s/s of infection — [signature] RN |
| 3/16/05 | 1730 | 6 | Pt. moved from B6-18 to C5-27 — [signature] |
| 3/16/05 | 0830 | 6 | Monthly Nursing Summary: Pt. currently on |
| 3/17/05 | 1730 | | Stage 2 moved today from B6/18 to C5/27. |
| | | | Last IDT on 3/9/05 - 90 day review to assess his |
| | | | progress. Focus of treatment are the following: |
| | | 123 | Hallucinations: Rating 6 - same as last month. |
| | | | Pt. still c/o hearing voices especially when [illegible] |
| | | | time when he was not taking his medication. |
| | | | Pt. reported that he will not refuse his medication |
| | | | anymore because the voices really gets worse if |
| | | | he did not take his medication. Pt. interviewed |
| | | | able to state one way to cope ē voices is to continue |
| | | | taking his medication. Continue same goals. Illness |
| | | | teaching provided: to discuss real issues & [illegible] |
| | | | in [illegible] verbalize understanding. — [signature] |
| | | 114 | Aggression: Rating 6 - same as last month. |
| | | | Pt. continue to attend groups + interacts ē peers — [signature] |

DMH-SVPP

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

BERRINGER, ANTHONY S
SVPP 111000177-6
03/12/65 WH
CDC K66652
12/15/04

Page No ____

INTERDISCIPLINARY NOTES　　CORE RECORD

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region
1. _SVSP d_    1. _07-0184_   Category _7_
2. _____   2. _____

You may appeal any policy, action or decision which has significant adverse affect upon you.  With the exception of Serious 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken.  If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeal Coordinator within 15 days of the action taken.  No reprisals will be taken for using the appeals procedure responsibly.

_upon her    3/7/05 burned by unnamed MTA in DMH_

NAME _Bebbinger, Anthony, Scott_   NUMBER _K-606653_   ASSIGNMENT _E.O.P_   UNIT/ROOM NUMBER _D-3-230L_

A. Discuss Problem: _my problem occurred on 3-7-05- at 6:15 PM at Salinas valley state prison S.V.P.P the old D.M.H. where I was burned with a hot scalding water A cup of hot scalding water on my A) upper ankle (B) lower foot middle (A) foot she degree burn is by a MTA who poured, spilled water on my foot she she first astate worker carelessly negligently attempted to rush with AM chow this female MTA never apologized nor did she show any type of emotions or remorse_

REC'D MAR 2 8 2007

If you need more space, attach on additional sheet.

A. Action requested: _1) to have her ~~but~~ terminated 2) a letter of denial of complaint ~~and~~ 3) to have the state pay me the cost of the injuries, and the emotional pain $750.00_

Inmate/Parolee Signature: _Bebbinger, anthony, scott_   Date Submitted: _3-29-07_

B. INFORMAL LEVEL (Date Received _____)
Staff Response: _____

BYPAC

DELIVERED APR 05 2007

Staff Signature: _____   Date Returned to Inmate: _____

C. FORMAL LEVEL
REC'D APR 0 9 2007
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigators Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for procession within 15 days of receipt of response.

_Dissatisfied, due to the fact the courts order to file a another complaint I had already filed a 602 a staff complaint the MTA is MTA M. Chavez, also, the CTC at C.S.P. Corcoran A.S.U. tampered in the documents of my 602s Sgt. Martinez Appeal 5-7_

Signature: _Bebbinger, Anthony, Scott_   Date Submitted: _4-3-07_

Note: Property/Funds appeals must be accompanied by a completed
Board of Control Form BC-1E, Inmate Claim

DELIVERED APR 1 7 2007

CDC Appeal Number: _____

_5/1/07 rejected by Hiring Authority staff complaint._
AS

RECEIVED APR 1 9 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E.   REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 4-23-07    Due Date: 6-1-07

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved: _____                     Returned
Signature: _____    Title: _____    Date to Inmate: _____

F.   If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 of
     days of receipt of response.

_dissatisfied due to_ _____

_____

_____

_____

Signature: _Berringer Anthony Scott_    DELIVERED JUN 04 2007    RECEIVED MAY 21 2007    Date Submitted: 5-18-07

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G.   REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H.   If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
     response.

_dissatisfied due to the time in crisis bed_ _____

_and mental hospital adherence s need_ _____

_the mental appeal I have to meet the_ _____

_deadline of the court_ _____

Signature: _Berringer Anthony Scott_    Date Submitted: 10/5/07

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                Date: _____

CDC 602 (12/87)

DELIVERED MAY 0 8 2007





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

**GOVERNMENT CLAIMS PROGRAM**
400 R Street, 5ᵗʰ Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

June 08, 2007

RE:  Claim G564174 for Anthony S Berringer, K66652

Dear Anthony Berringer,

Per your request, please find attached a copy of the letter regarding your claim G564174.

If you have questions about this matter, please mention letter reference 107 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 107 Custom Text Letter



STATE OF CALIFORNIA

ARNOLD SCHWARZENEGGER, Governor

## VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD
GOVERNMENT CLAIMS DIVISION
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0045   Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA  95532

December 01, 2006

RE:  Claim G564174 for Anthony S Berringer, K66652
     Tort claim for CDC Inmates, Late Claim

Dear Anthony Berringer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 26, 2006.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your application for leave to present a late claim was filed more than one year from the date of the incident that is the basis of the claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,


Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin


Ltr 97 No Jurisdiction



# *Superior Court of California*
# *County of Monterey*

### *www.monterey.courts.ca.gov*

☐ Salinas Division
240 Church Street
Salinas, CA 93902
(831) 775-5400

■ Monterey Division
1200 Aguajito Road
Monterey, CA 93940
(831) 647-5800

☐ Marina Division
3180 Del Monte Blvd.
Marina, CA 93933
(831) 883-5300

☐ King City Division
250 Franciscan Way
King City, CA 93930
(831) 386-5200

DATE:      May 1, 2007

To:        Anthony Berringer K-66652

RE:        New Small Claims Filing

Please find enclosed the return of your document(s): Plaintiff's Claim and Order to Go to Small Claims Court and misc documents for the following reason(s):

- There must be a copy of the denial letter from the Victims Compensation and Government Claims Board before this claim may be opened.

**Lisa M. Galdos**
**Clerk of the Superior Court**
**By:** _____
Dana Littlefield, Deputy Clerk



RPT03043  RPTN3.4.3    BDAVENDI                10:50:22    02/25/05    PAGE:

INSTRUCTI...  ...nitial and sign each once each date. Use legend on back of form to record site of injection of reason for not administering medication/treatment.

| Start | Stop | MEDICATIONS AND TREATMENTS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0204 | | ACETAMINOPHEN | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2309 | | 650 MG TABLET ORAL PO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0505 | | Q4H PRN HEADACHE PAIN MAX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 4X/24HR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | D/C: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | (1- P20 ) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0204 | | ALBUTEROL SULFATE (PROVENTIL | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2309 | | HFA 90 MCG INHALER) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0505 | | 2 PUFF AER W/ADAP INHALATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Q4H PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | **AS NEEDED FOR ASTHMA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | ATTACK** D/C: -------- | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | (1- P20 ) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0204 | | MAGNESIUM HYDROXIDE (MILK OF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2309 | | MAGNESIA SUSPENSION) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0505 | | 30 ML ORAL SUSP ORAL PO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | EVERY 48 HRS PRN CONSTIPATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | SCHIZOPHRENE (ZYPREXA 10 MG) | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2309 | | 10 VIAL INTRAMUSC. IM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0505 | | Q8H PRN GIVE IM AGITATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | **REPEAT DOSE NOT LESS THAN 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | HOURS AFTER LAST DOSE* MAX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2X/24HR D/C: ------------- | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | (1- 123 ) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Geodon 10 mg im PRN agitation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | nte 4X/24 hr. 2nd and each | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Succ ceeding doses to be no less than | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 2hrs p preceeding dose | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Handwritten note (circled): Cleanse ⊕ Buttocks & leg Wound c̄ soap and water expose to Air Till healed

Allergies: ——NO KNOWN ALLERGIES——

ATIVAN, HALDOL, IBUPROFEN

**MEDICATION AND TREATMENT RECORD**

MH-5764 (10/93)
PAGE 1 of 2

Confidential Client/Patient Intervention
See IV 4 / Code 5326

Month: Mar    Year: 2005

BERRINGER, ANTHONY SCOTT

UNIT BEDS

PATIENT #   177-6

State of California-Health and Welfare Agency

Department of Mental Health

NOTE: SEND COPY OF PHYSICIAN'S ORDER TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Date | Time | Problem No. | PHYSICIAN'S ORDERS AND MEDICATION          (PHYSICIAN MUST SIGN EACH ORDER) |
|------|------|-------------|---------------------------------------------|
| 7/05 | 2135 | 1¢ P.R. | PRN Benadryl 50mg po or IM 1X 1¢ Dr Kraus _(verbal order) Sharon RN_ |
|      |      |             | Noted 3-7-05 @ 2140 _Name_ MTA |
| 7-05 | 2305 | | 24° V. M. _Fuller_, MTA |
| 3-8-5 09 30 | | | 1) Cont daily dressing c Silvadene cream, until healed ? uses sensitivity |
|      |      |             | 2) D.C. TAc cream |
|      |      |             | 3) Peridex mouth wash |
|      |      |             | Pa sortini domum daily — 45d |
|      |      |             | 4) A&D lotion to dry skin ea. extreme PRN — 45d |
|      |      |             | 5) Cleanse ® buttock i leg wound c soap ? water expos. to air i.e. healed |
|      |      |             | Noted _signature_ MTA 3/8/05 |
| 8/05 | 2250 | | 24° V. M. _Fuller_, MTA |

ALLERGIES: Ativan, Haldol & Inapsine

**PHYSICIAN'S ORDERS**

CONFIDENTIAL PATIENT INFORMATION
SEE CA W&I CODE 5328

MH 5660 (C) (5/91)
SECTION 4000

BERRINGER, ANTHONY B
SYPP 111000177-b
03/12/65   WN
C D C  K66652

State of California--Health and Human Services Agency

**ALL ENTRIES SHALL BE SIGNED WITH FIRST AND LAST NAME AND TITLE**

| YEAR | | PROB. NO. | |
|---|---|---|---|
| DATE | TIME | | |
| 3/11/05 | 0600 | | Noc Shift Note: Pt. slept all noc, @ behavioral problems noted, & s/n prom abt therapy (per skin burn) ———————— L. Saamsn— |
| 3/11/05 | 7100 | d | PM SHIFT NOTE: Blister on (R) foot popped out ē clear fluid. During chang and applied Silvadene. Pt. Coop̄r no c/o pain VS WNL —————— |
| 3/13/05 | 6:00 | d | Noc SHIFT NOTE: Slept through the night. Dressing on (R) foot intact No c/o pain nor discomfort —— J. Mendoza— |
| 3/12/05 | 1200 | d | AM Shift Note: Dressing s/d to (R) foot burn, @ S/S of infection, @ drainage, @ c/o pain/discomfort, to cont. to monitor —— |
| 3/12/05 | 7100 | d | PM SHIFT NOTE: Pt. took shower and had a wet dressing. Changed dressing to (R) foot ē any signs of infection. No c/o pain nor discomfort. No drainage —————— |
| 3/17/05 | 0530 | d | Noc shift note: Pt. slept all night. No behavioral problem —————— |
| 3/14/05 | 0530 | d | NOC shift note: Pt. slept through noc ē inappropriate behavior noted. Dressing in place & intact to (R) foot. —— Basque R No complained c/o pain & discomfort —— Rodgez N |
| 3/14/05 late entry for 3/18/05 | 1430 20:30 | O | PM Shift note: Dressing to R. foot, dry and intact. @ c/o pain or discomfort —— J. Raygoza Rn |

DMH-SVPP

BERRINGER, ANTHONY S
SVPP 111000177-b
03/12/65    WH
CDC  K66652
12/15/04

MH 5624 (Rev. 4/99)
Confidential Patient/Client Information
See Welfare & Institutions Code
Section 5328 & 4514

Page No. _____

**INTERDISCIPLINARY NOTES**



STATE OF CALIFORNIA                                                      ARNOLD SCHWARZENEGGER, Governor

**VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD**
GOVERNMENT CLAIMS DIVISION                                                            ROSARIO MARIN
P O BOX 3035                                                                      State and Consumer Services Agency
SACRAMENTO, CALIFORNIA 95812-3035                                                     And Chairperson
Toll Free Number: 1-800-955-0045   Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov
                                                                                      STEVE WESTLY
                                                                                     State Controller
                                                                                  State Controller's Office
     Anthony S Berringer K66652                                                      And Board Member
     ~~PO Box 7500~~   ~~Anthony S~~ P.O. Box 1050
     ~~Crescent City, CA  95532~~   Soledad, CA                                    MICHAEL A. RAMOS
                                      93960                             San Bernardino County District Attorney
                                       -1050                                         Board Member
December 01, 2006
                                                                                     KAREN McGAGIN
                                                                                    Executive Officer

RE:  Claim G564174 for Anthony S Berringer, K66652
     Tort claim for CDC Inmates, Late Claim

Dear Anthony Berringer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 26, 2006.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your application for leave to present a late claim was filed more than one year from the date of the incident that is the basis of the claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,


Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin


Ltr 97 No Jurisdiction

STATE OF CALIFORNIA

ARNOLD SCHWARZENEGGER, Governor

**VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD**
GOVERNMENT CLAIMS DIVISION
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0045   Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 7500
Crescent City, CA 95532

December 01, 2006

RE: Claim G564174 for Anthony S Berringer, K66652
    Tort claim for CDC Inmates, Late Claim

Dear Anthony Berringer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 26, 2006.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your application for leave to present a late claim was filed more than one year from the date of the incident that is the basis of the claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G564174 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,


Government Claims Division
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin


Ltr 97 No Jurisdiction

Salinas Valley State Prison

03/05/2007

CALIFORNIA DEPARTMENT OF CORRECTIONS
Inmate/Parolee Appeals Tracking System - Level I & II

Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K66652 | BERRINGER, A | CTC | PROGRAM | SVSP-C- | |
| Informal Review: | Received: 12/19/2005 | Due: 01/02/2006 | Completed: 01/23/2006 | Disposition: SCREENED OUT | |
| K66652 | BERRINGER, A | CTC | MAIL | SVSP-M- | |
| K66652 | BERRINGER, A | CTC | MEDICAL | SVSP-M- | |
| K66652 | BERRINGER, A | FAC. C 8 | TRANSFER | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. B 1 | MEDICAL | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | MEDICAL | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | CASE INFO./RECORDS | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | MEDICAL | SVSP-B-06-00387 | |
| Informal Review: | Received: 01/19/2006 | Due: 02/02/2006 | Completed: 02/06/2006 | Disposition: GRANTED IN PART | |
| Level I Review: | Received: 02/02/2006 | Due: 03/17/2006 | Completed: 04/24/2006 | Disposition: LOST | |
| K66652 | BERRINGER, A | FAC. B 4 | CASE INFO./RECORDS | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | CASE INFO./RECORDS | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | CUSTODY/CLASS. | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | PROGRAM | SVSP-B-06-00274 | |
| Level I Review: | Received: 01/24/2006 | Due: 03/08/2006 | Completed: 02/01/2006 | Disposition: SCREENED OUT | |
| K66652 | BERRINGER, A | FAC. B 4 | MAIL | SVSP-B- | |
| Informal Review: | Received: 02/01/2006 | Due: 02/15/2006 | Completed: 02/17/2006 | Disposition: GRANTED | |
| K66652 | BERRINGER, A | FAC. C 6 | CASE INFO./RECORDS | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. D 3 | TRANSFER | SVSP-D- | |
| K66652 | BERRINGER, A | FAC. D 3 | LIVING CONDITIONS | SVSP-D- | |
| Informal Review: | Received: 02/27/2007 | Due: 03/13/2007 | Completed: | Disposition: | |

Page: 2

Salinas Valley State Prison

03/05/2007

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| 66652 | BERRINGER, A | FAC. D 3 | ADA | SVSP-D-07-00940 | |

Level I Review:    Received: 03/02/2007    Due: 03/23/2007    Completed:    Disposition:

Total: 30

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**
**Appeal Listing**

03/05/2007

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K66652 | BERRINGER, A | CTC | MAIL | SVSP-H- | |
| K66652 | BERRINGER, A | CTC | MAIL | SVSP-H- | |
| K66652 | BERRINGER, A | FAC. D 6 | LEGAL | SVSP-D-05-00892 | |
| K66652 | BERRINGER, A | FAC. A 1 | LIVING CONDITIONS | SVSP-A-05-01139 | |
| K66652 | BERRINGER, A | FAC. C 5 | MEDICAL | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. C 5 | MEDICAL | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. C 5 | MEDICAL | SVSP-C- | |
| K66652 | BERRINGER, A | MENTAL HEALTH | PROGRAM | SVSP-H- | |
| K66652 | BERRINGER, A | FAC. C 2 | CASE INFO./RECORDS | SVSP-C- | |
| K66652 | BERRINGER, A | CTC | MAIL | SVSP-H- | |
| K66652 | BERRINGER, A | FAC. D 3 | PROPERTY | SVSP-D- | |
| K66652 | BERRINGER, A | MENTAL HEALTH | VISITING | SVSP-M- | |

Review detail:

- Informal Review: Received: 01/27/2005  Due: 02/10/2005  Completed: 02/25/2005  Disposition: DENIED
- Informal Review: Received: 02/02/2005  Due: 02/16/2005  Completed: 08/04/2005  Disposition: LOST
- Level I Review: Received: 02/22/2005  Due: 04/06/2005  Completed: 03/11/2005  Disposition: GRANTED IN PART
- Level II Review: Received: 03/18/2005  Due: 04/18/2005  Completed: 04/21/2005  Disposition: GRANTED
- Level I Review: Received: 03/10/2005  Due: 04/22/2005  Completed: 03/29/2005  Disposition: GRANTED IN PART
- Informal Review: Received: 03/30/2005  Due: 04/14/2005  Completed: 04/20/2006  Disposition: LOST
- Informal Review: Received: 03/30/2005  Due: 04/14/2005  Completed: 04/07/2005  Disposition: CANCELLED
- Informal Review: Received: 03/30/2005  Due: 04/14/2005  Completed: 04/07/2005  Disposition: CANCELLED
- Level I Review: Received: 10/24/2005  Due: 12/08/2005  Completed: 03/13/2006  Disposition: GRANTED IN PART   SVSP-C-05-04071
- Informal Review: Received: 11/10/2005  Due: 11/29/2005  Completed: 11/28/2005  Disposition: GRANTED IN PART

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**
*(Request for Permission to Proceed In Forma Pauperis)*
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

**RECEIVED**
Victim Compensation and Govt Claims Board
State of California

**JAN 0 3 2007**

Government Claims Div.

For Office Use Only

Claim No.:

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

**Claimant Information**

**1** BERRINGER    Anthony    5
Last name    First Name    MI

**2** Tel:

**3** Claim Number (if known):

**Employment Information**

**4** My occupation:

My employer:

Employer's Mailing Address    City    State    Zip

My spouse's or partner's employer:

Employer's Mailing Address    City    State    Zip

**5** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **28**.

Inmate Identification Number: #K-66652

**Financial Information**

**6** I am receiving financial assistance from one or more of the following programs.    ☐ Yes    ☐ No

If no, proceed to step **7** If yes, check all that apply, then skip to step **24**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**7** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** | 1 | $969.79 | **F** | 6 | $2,626.04 |
| **B** | 2 | $1,301.04 | **G** | 7 | $2,957.29 |
| **C** | 3 | $1,632.29 | **H** | 8 | $3,288.54 |
| **D** | 4 | $1,963.54 | **I** | | There are more than 8 people in my family |
| **E** | 5 | $2,294.79 | | | Add $331.25 for each additional person. |

Number: _____    Total Income: _____

If you checked a box in step **7** A through I, complete steps **9** through **15**. Then skip to step **24**.

**8** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.    ☐ Yes    ☑ No

If yes, fill in steps **9** through **24**.

## Monthly Income and Expenses

| 9 | My gross monthly pay is: | $ | | 10 | My income changes each month: | | Yes | | No |
|---|---|---|---|---|---|---|---|---|---|

| 11 | Number of persons living in my home: | | | | | 12 | Other money I get each month |

| | Name | Age | Relationship | Monthly Income | | | Source: | | |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | $ | | A | | | $ |
| B | | | | $ | | B | | | $ |
| C | | | | $ | | C | | | $ |
| D | | | | $ | | D | | | $ |
| E | | | | $ | | E | | | $ |
| F | | | | $ | | F | | | $ |

| 15 | My total gross monthly household income: | | $ | | 13 | Total other money: | $ |
|---|---|---|---|---|---|---|---|
| 16 | My payroll deductions are: | | | | 14 | My monthly income: | $ |

| A | | $ | E | | $ |
|---|---|---|---|---|---|
| B | | $ | F | | $ |
| C | | $ | G | | $ |
| D | | $ | H | | $ |

| | | 17 | My total payroll deduction amount is: | $ |
|---|---|---|---|---|

| 18 | My monthly take home pay is | $ | | 19 | My net monthly income: | $ |
|---|---|---|---|---|---|---|

| 20 | I own or have interest in the following property: |
|---|---|

| A | Cash | | $ | | C | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|---|---|
| B | Checking and savings (List banks): | | | | | Property | Value | Loan Balance |
| | 1) | | $ | | 1) | | $ | $ |
| | 2) | | $ | | 2) | | $ | $ |
| | 3) | | $ | | 3) | | $ | $ |
| | 4) | | $ | D | Real estate (List addresses) | | | |
| | | | | | 1) | | $ | $ |
| | | | | | 2) | | $ | $ |

| 21 | My monthly expenses are: |
|---|---|

| A | Rent or house payment | $ | J | Installment payments (specify) | |
|---|---|---|---|---|---|
| B | Food and household supplies | $ | | 1) | $ |
| C | Utilities and telephone | $ | | 2) | $ |
| D | Clothing | $ | | 3) | $ |
| E | Laundry and cleaning | $ | | Total installment payments: | $ |
| F | Medical and dental | $ | K | Wage assignment or withholdings | $ |
| G | Insurance | $ | L | Spousal or child support | $ |
| H | School, child care | $ | M | Other: | |
| I | Transportation and auto expenses | $ | | 1) | $ |
| | | | | 2) | $ |
| | | | | Total other expenses: | $ |

| 22 | | Total monthly expenses: | $ |
|---|---|---|---|
| 23 | I have attached other information that supports this application on a separate sheet. | Yes | No |

## Signature Section

| 24 | I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct. |
|---|---|

Beninger Anthony                     12-23-06

Signature of Claimant                     Date

VCGCB-GC-0010 8/04



# *Superior Court of California*
# *County of Monterey*

### *www.monterey.courts.ca.gov*

☐ **Salinas Division**
240 Church Street
Salinas, CA 93902
(831) 775-5400

■ **Monterey Division**
1200 Aguajito Road
Monterey, CA 93940
(831) 647-5800

☐ **Marina Division**
3180 Del Monte Blvd.
Marina, CA 93933
(831) 883-5300

☐ **King City Division**
250 Franciscan Way
King City, CA 93930
(831) 386-5200

DATE:      March 20, 2007,

To:        Anthony Berringer  K-66625

RE:        New Small Claims Filing

Please find enclosed the return of your document(s): Plaintiff's Claim and Order to Go to Small Claims court and fee waiver for the following reason(s):

- S.V. S. P.  Medical Dept of Mental Health is a public entity. You must file a complaint with them first. Then if you are denied you must submit the denial letter with your claim.
- The fee waiver is incomplete.  Please see highlighted areas. Page 2 on the Fee Waiver Application must be completed.
- Please include a self addressed stamped envelope.

**Lisa M. Galdos**
**Clerk of the Superior Court**
**By:**
    Dana Littlefield, Deputy Clerk





RPI03043   RPI#3.4.3        BDAVENDI          10:50:22   02/25/05       PAGE:

INSTRUCT... ...nitial and sign once each page. Use legend on back of form to record site of injection or reason for not administering medication during treatment...

MEDICATIONS AND TREATMENTS

| Start | Stop | | HOUR |
|-------|------|---|------|
| 0204 | | ACETAMINOPHEN | |
| 2309 | | 650 MG TABLET ORAL PO | |
| 0505 | | Q4H PRN HEADACHE PAIN MAX | |
| | | 4X/24HR | |
| | | D/C: --- | |
| | | (1- P20 )--- | PRN |
| 0204 | | ALBUTEROL SULFATE (PROVENTIL | |
| 2309 | | HFA 90 MCG INHALER) | |
| 0505 | | 2 PUFF AER W/ADAP INHALATION I | |
| | | Q4H PRN | |
| | | **AS NEEDED FOR ASTHMA | |
| | | ATTACK** D/C: ------ | |
| | | (1- P20 ) | PRN |
| 0204 | | MAGNESIUM HYDROXIDE (MILK OF | |
| 2309 | | MAGNESIA SUSPENSION) | |
| 0505 | | 30 ML ORAL SUSP ORAL PO | |
| | | EVERY 48 HRS PRN CONSTIPATION | |
| 0204 | | OLANZAPINE (ZYPREXA 10 MG) | |
| 2309 | | 10 VIAL INTRAMUSC. IM | |
| 0505 | | Q8H PRN GIVE IM AGITATION | |
| | | **REPEAT DOSE NOT LESS THAN 8 | |
| | | HOURS AFTER LAST DOSE* MAX | |
| | | 2X/24HR D/C:* ------ | |
| | | (1- 123 ) | PRN |

clean sc- (R) Buttocks ? leg
Wound ? soap and water expose to
Air till healed

Benadryl 10 mg im PRN agitation
NTE 4X/24 Hr - 240 and each
succeeding doses to be no less than
2Hrs p preceeding dose

allergies:
--NO KNOWN ALLERGIES--
ATIVAN, HALDOL, IBUPROFEN

MEDICATION AND TREATMENT RECORD

Confidential Client/Patient Information
See W & I Code 5328

MI 1576A (10/93)
PAGE 1 of 2

Month: Mar    Year: 2005

BERRINGER, ANTHONY SCOTT

UNIT    BEDS

PATIENT #     177-6

**Legend Site Codes:**

1. Lt. Upper Outer Quadrant Gluteus
2. Lt. Upper Outer Quadrant Gluteus
3. Lt. Deltoid
4. Rt. Deltoid
5. Lt. Anterior Thigh
6. Rt. Anterior Thigh
7. Lt. Lt. Deltoid Subcutaneous
8. Rt. Deltoid Subcutaneous

**Reason for not Administering Medication Treatment**

L = Therapeutic leave    R = Refused
O = Withhold and justify on back of sheet or IDN    S = School

| DATE | HOUR | UNITS | MEDICATION/TREATMENT | REASON | RESULT | INIT |
|------|------|-------|----------------------|--------|--------|------|
| 3/5/05 | 1710 | 9 | Geodon 40 mg IM | Agitation | | |
| 3/6/05 | 1445 | SL | Geodon 40 mg IM | c/o agitation | effective | |
| 03/06 | 2230 | PC | Tylenol 650 mg | c/o pain | effective | |
| 3/7/05 | 1525 | SL | Geodon 10 mg IM | c/o agitation | | |
| 3/7/06 | 2001 | PL | milk of Magnesia 30 ml | constipation | | |
| 3-7-05 | 2022 | IM | Geodon 40 mg IM | c/o agitation | effective | |
| 3-10-05 | 0745 | IM | Tylenol 650 mg | Chin/Taller | | |
| 3/11/06 | 0800 | PO | Tylenol 650 mg | c/o pain | effective | |
| 3/11/05 | 0600 | PO | Albuterol Sulfate 20 mg | c/o asthma | effective | |
| 3-13-05 | 1550 | SL | Geodon 40 mg IM | c/o asthma | relief | |
| 3-15-05 | 240 | SL | Tylenol 650 mg | c/o agitation | helpful | |
| | | | | | | |
| 3-17-05 | 0825 | PL | Ibuprofen 650 mg | c/o HA | effective | |
| 3-17-05 | 1300 | PL | Tylenol 650 mg | c/o pain | effective | |

MH 5784 (10/93)
PAGE 2 of 2

**MEDICATION AND TREATMENT RECORD**

Confidential Client/Patient Information
See W 8 I Code 5328

PAGE 2 of 2

03/05/2007

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate/Parolee Appeals Tracking System - Level I & II
### Appeal Listing

Salinas Valley State Prison

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Review | Received | Due | Completed | Issue | Disposition | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| K66652 | BERRINGER, A | CTC | Informal Review | 01/27/2005 | 02/10/2005 | 02/25/2005 | MAIL | DENIED | SVSP-H- | |
| K66652 | BERRINGER, A | CTC | Informal Review | 02/02/2005 | 02/16/2005 | 08/04/2005 | MAIL | LOST | SVSP-H- | |
| K66652 | BERRINGER, A | FAC. D 6 | Level I Review | 02/22/2005 | 04/06/2005 | 03/11/2005 | LEGAL | GRANTED IN PART | SVSP-D-05-00892 | |
| K66652 | BERRINGER, A | FAC. C 5 | Level II Review | 03/18/2005 | 04/18/2005 | 04/21/2005 | LEGAL | GRANTED | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. A 1 | Level I Review | 03/10/2005 | 04/22/2005 | 03/29/2005 | LIVING CONDITIONS | GRANTED IN PART | SVSP-A-05-01139 | |
| K66652 | BERRINGER, A | FAC. C 5 | Informal Review | 03/30/2005 | 04/14/2005 | 04/20/2006 | MEDICAL | LOST | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. C 5 | Informal Review | 03/30/2005 | 04/14/2005 | 04/07/2005 | MEDICAL | CANCELLED | SVSP-C- | |
| K66652 | BERRINGER, A | MENTAL HEALTH | Informal Review | 03/30/2005 | 04/14/2005 | 04/07/2005 | MEDICAL | CANCELLED | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. C 5 | Informal Review | 04/14/2005 | | 04/07/2005 | PROGRAM | CANCELLED | SVSP-H- | |
| K66652 | BERRINGER, A | FAC. C 2 | Level I Review | | 12/08/2005 | 03/13/2006 | PROPERTY | GRANTED IN PART | SVSP-H- | |
| K66652 | BERRINGER, A | CTC | Level I Review | 10/24/2005 | 12/08/2005 | 03/13/2006 | CASE INFO./RECORDS | GRANTED IN PART | SVSP-C-05-04071 | |
| K66652 | BERRINGER, A | FAC. D 3 | Informal Review | 11/10/2005 | 11/29/2005 | 11/28/2005 | PROPERTY | GRANTED IN PART | SVSP-D- | |
| K66652 | BERRINGER, A | MENTAL HEALTH | | | 11/29/2005 | | VISITING | | SVSP-M- | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II
Appeal Listing

03/05/2007

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K66652 | BERRINGER, A | CTC | PROGRAM | SVSP-C- | |
| Informal Review:   Received: 12/19/2005 | | | Due: 01/02/2006   Completed: 01/23/2006   Disposition: SCREENED OUT | | |
| K66652 | BERRINGER, A | CTC | MAIL | SVSP-M- | |
| K66652 | BERRINGER, A | CTC | MEDICAL | SVSP-M- | |
| K66652 | BERRINGER, A | FAC. C 8 | TRANSFER | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. B 1 | MEDICAL | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. B 4 | MEDICAL | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | MEDICAL | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | CASE INFO./RECORDS | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | MEDICAL | SVSP-B-06-00387 | |
| Informal Review:   Received: 01/19/2006 | | | Due: 02/02/2006   Completed: 02/06/2006   Disposition: GRANTED IN PART | | |
| Level I Review:   Received: 02/02/2006 | | | Due: 03/17/2006   Completed: 04/24/2006   Disposition: LOST | | |
| K66652 | BERRINGER, A | FAC. B 4 | CASE INFO./RECORDS | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | CASE INFO./RECORDS | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | CUSTODY/CLASS. | SVSP-B- | |
| K66652 | BERRINGER, A | FAC. B 4 | PROGRAM | SVSP-B-06-00274 | |
| Level I Review:   Received: 01/24/2006 | | | Due: 03/08/2006   Completed: 02/01/2006   Disposition: SCREENED OUT | | |
| K66652 | BERRINGER, A | FAC. B 4 | MAIL | SVSP-B- | |
| Informal Review:   Received: 02/01/2006 | | | Due: 02/15/2006   Completed: 02/17/2006   Disposition: GRANTED | | |
| K66652 | BERRINGER, A | FAC. C 6 | CASE INFO./RECORDS | SVSP-C- | |
| K66652 | BERRINGER, A | FAC. D 3 | TRANSFER | SVSP-D- | |
| K66652 | BERRINGER, A | FAC. D 3 | LIVING CONDITIONS | SVSP-D- | |
| Informal Review:   Received: 02/27/2007 | | | Due: 03/13/2007   Completed:   Disposition: | | |

Salinas Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
Inmate/Parolee Appeals Tracking System - Level I & II

03/05/2007

**Appeal Listing**

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K66652 | BERRINGER, A | FAC D 3 | ADA | SVSP-D-07-00940 | |

Level I Review:    Received: 03/02/2007    Due: 03/23/2007    Completed:    Disposition:

Total: 30





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

May 15, 2007

Dear Sir or Madam:

The claim you filed with the Victim Compensation and Government Claims Board, Government Claims Program is incomplete. Government Code section 910.4 requires that all claims be submitted on an application form. An application is enclosed for your convenience. Once the application has been completed and signed, you may resubmit your claim, a copy of this letter, and all relevant documentation to this office.

Please note that incomplete and/or late applications will not be processed. You may refer to Government Code sections 901 and 911.2 for more information about the timeliness of a claim.

If you have any questions or need assistance, please contact this office at 1-800-955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

Enclosures

Anthony S. Berringer #A-06652
Salinas Valley State Prison
P.O. Box CU50
Soledad, CA 93960
-1050

Dear People, To whom it may
concern
        regarding why I didn't
respond I was hospitalized
over 31 times from 2005 to 2007
in crises bed due to my mental
illness suicidal ideations
homicidal ideations I was not
allowed pen, paper or legal
work
        I was transfered to from
P.M.U before and after the Incident
on 3 occassions, I've been moved
from prison to prison
        I'm heavily medicated
down I hear voices, where it is
hard for me to write
        please I pray that
you will grant this claim
I have been diagnosed the
mtn. m. Chacon I never
apologized or showed any
emotions, or remorse





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5ᵗʰ Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Anthony S Berringer K66652
PO Box 1050
Soledad, CA  93960

April 13, 2007

RE:  Claim G566937 for Anthony S Berringer, K66652

Dear Anthony Berringer,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on April 02, 2007.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your claim was filed more than one year from the date of the incident that is the basis of the claim, and it is too late for the Board to consider an application to present a late claim.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G566937 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,


Government Claims Division
Victim Compensation and Government Claims Board

cc:


Ltr 97 No Jurisdiction

# Government Claims Form

**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

State of California
RECEIVED
APR 0 4 2007

**For Office Use Only**
Claim No.:

566937

## Is your claim complete?

| | |
|---|---|
| ☐ | **New!** Include a check or money order for $25 payable to the State of California. |
| ☐ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☐ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**1** Last name: Berringer    First Name: Anthony # K-66805    MI

**2** Tel:

**3** Email:

**4** Mailing Address: Salinas Valley State Prison P.O. Box 1050    City: Soledad    State: CA    Zip: 93960

**5** Best time and way to reach you: Any time

**6** Is the claimant under 18? ☐ Yes  ☑ No  If YES, give date of birth: ___ MM ___ DD ___ YYYY

## Attorney or Representative Information

**7** Last name:    First Name:    MI

**8** Tel:

**9** Email:

**10** Mailing Address:    City:    State:    Zip:

**11** Relationship to claimant:

## Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes  ☐ No

State agency that issued the warrant:

If NO, continue to Step **13**

Dollar amount of warrant:    Date of issue: ___ MM ___ DD ___ YYYY

Proceed to Step **22**.

**13** Date of Incident:

Was the incident more than six months ago? ☐ Yes  ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes  ☐ No

**14** State agencies or employees against whom this claim is filed:

Dept of Corrections D.M.H. S.V.S.P S.V.P.P M.H M.CHAVARLE

**15** Dollar amount of claim: 750-000.00

If the amount is more than $10,000, indicate the type of civil case:
☐ Limited civil case ($25,000 or less)
☑ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

Due to the Emotional trauma re Scaring

**16** Location of the incident:

SVSP DMH EVPP A-Section Room 10

**17** Describe the specific damage or injury:

2nd Degree burns on (R) foot + ankle, lower foot

**18** Explain the circumstances that led to the damage or injury:

2 nfas called 4:15pm chow call, she mfa McHaueaine mfa Sell opened me food port poured cup of scalding hot water,

**19** Explain why you believe the state is responsible for the damage or injury:

Due to the temp water not being monitered. Allege Que to me being a Known Sexual oni a Sex predaor

**20** Does the claim involve a state vehicle?  ☐ Yes  ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|

| Policy Number: | | Tel: | |
|---|---|---|---|

| Are you the registered owner of the vehicle? | ☐Yes | ☐No |
|---|---|---|

If NO, state name of owner:

| Has a claim been filed with your insurance carrier, or will it be filed? | ☐Yes | ☐No |
|---|---|---|
| Have you received any payment for this damage or injury? | ☐Yes | ☐No |

If yes, what amount did you receive?

Amount of deductible, if any:

| Claimant's Drivers License Number: | Vehicle License Number: |
|---|---|
| Make of Vehicle: | Model: | Year: |

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Berringer Anthony Scott #K-61062 3/30/07

Signature of Claimant or Representative        Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

| Name of State Agency | Fund or Budget Act Appropriation No. |
|---|---|
| Name of Agency Budget Officer or Representative | Title |
| Signature | Date |

VCGCB-GC-002 (Rev. 8/04)

Anthony Scott Berringer
45-66652 A d ( seg D-2-202L
Salinas Valley State Prison
P O Box 1050
Soledad. CA 93660
— 1050 —          566937

To whome it may concern

I would like to request a
full packet of your forms for the cost
Victum comp. Settlement Claims. Board
I have Issues I'm trying to
resolve

Could you please assist me.
In sending all these blank
forms.

I'm A I'm at the Dept of Corrections
and I need a Quick Response

Thank you
I'm
Berringer
Anthony Scott
#45-66652

ANTHONY S. BEARINGER #V-66058
SALINAS VALLEY STATE PRISON
D-3-230L
P.O. BOX 1050
Soledad. CA
        93960
        -1050

4-18-07

RECEIVED
Victim Compensation and Govt Claims Board

APR 2 3 2007

Government Claims Div.

Claim G56693 for Anthony S. Bearinger
# V5-66058
Reference 97

Dear Claim technician/Analyst
        I am Anthony S. Bearinger
I's writing Regarding my Claim under
Oath, I swear to tell the truth so help me
God. Ever since the 3-7-05 incident I
did send the 1st set of documents forms
        Due to my severe mental disorder
I had Been in and out of the crises
bed, pept mental health, transphered
back and forth from institution to
institution
        I while housed for suicidal
and homicidal ideations, I couldn't
be allowed to do legal work, I wasn't
allowed no property, no pens and ect
no envelopes, no forms

d) At 6:00 a.m. 8/12/2002 at 1:20 a.m. 8/14/2002
But yes I had to be sent to Co cer ap
due to Extreme Concern.

and let me ask you a question
if you seen my foot now bad its
was scalded burn you would
of Grant me the Right to the
Claim

the item Mr. Chavez was dad
that I belive Zn tentionally
She never Apologized, nor
shoved no Emotions.

she do sen't care, I want
Justice. and if I spilled or
pourred hot cup of scalding
water on your foot and you
Recevied 2nd degree burns
you would be In the same
shoes as me.

fell me what do I need
to do to get A settlement to
het for the 2nd degree burn
on my foot

5) Cr. Krause Officer, of C-A-C. Staff

And if I were to act out, then I
would get punished
    It's OK. for a staff

A C-A-C. worker to spill pour
up hot scalding water on my
foot. and let go of the money
for the Emotional, psychical pain

            yours truly
            _____
            Anthony Scott
            Berringer