*FILED*

*07 SEP -5 PH 3: 06*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony S. Berringer     #K-66652

                    Plaintiff,

           vs.

Calif. Dept. OF Corrections
Dept. OF mental HealTH
MTA. Mc CHuverine   Defendant.

**CASE NO. C 07 4598**

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

**CW**

**(PR)**

I, Anthony S. Berringer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____ n - A _____

_____

b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_None_

_____

5.     Do you own or are you buying a home?          Yes ___ No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6.     Do you own an automobile?          Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7.     Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ___

_____

8.     What are your monthly expenses?

Rent: $ _None_            Utilities: _None_

Food: $ _None_            Clothing: _None_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.   Do

1 | If the answer is "no," state the date of last employment and the amount of the gross and net

2 | salary and wages per month which you received. (If you are imprisoned, specify the last

3 | place of employment prior to imprisonment.)

4 | *None*

5 | _____

6 | _____

7 | 2.    Have you received, within the past twelve (12) months, any money from any of the

8 | following sources: *None*

9 | a.    Business, Profession or
10 |       self employment                                    Yes ___ No ✓

11 | b.    Income from stocks, bonds,
12 |       or royalties?                                       Yes ___ No ✓

13 | c.    Rent payments?                                      Yes ___ No ✓

14 | d.    Pensions, annuities, or
15 |       life insurance payments?                            Yes ___ No ✓

16 | e.    Federal or State welfare payments,
17 |       Social Security or other govern-
18 |       ment source?                                        Yes ___ No ✓

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount

20 | received from each.

21 | _____

22 | _____

23 | 3.    Are you married?                                    Yes ___ No ✓

24 | Spouse's Full Name: *"Widoer"    Josphine Soza "Barton" Berringer*

25 | Spouse's Place of Employment: *None "Desieced"*

26 | Spouse's Monthly Salary, Wages or Income:

27 | Gross $ *None*            Net $ *None*

28 | 4.    a.    List amount you contribute to your spouse's support:$ *None*

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are
2  payable.  Do not include account numbers.)
3  _____NONE_____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  _8/14/07_
17  DATE                         SIGNATURE OF APPLICANT

REPORT ID: TS3030

REPORT DATE: 06/05/07
PAGE NO:          1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU JUN. 05, 2007

ACCOUNT NUMBER : K66652
ACCOUNT NAME   : BERRINGER, ANTHONY SCOTT
PRIVILEGE GROUP: A

BED/CELL NUMBER: FDB2T2000000202L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.52 |
| 05/02/2007 | H107 | POSTAGE HOLD | 3036 OPTIC | 0.39 |
| 05/09/2007 | H110 | COPIES HOLD | 3117COPIES | 1.40 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 1.35 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 0.87 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 1.48 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |

REPORT ID: TS3030

REPORT DATE: 05/31/07
PAGE NO:    2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU MAY 31, 2007

ACCT: K66652      ACCT NAME: BERRINGER, ANTHONY SCOTT      ACCT TYPE: I

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 1.48 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 42.39 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 42.39- |

REPORT ID: TS3030                                    REPORT DATE: 06/05/07
                                                     PAGE NO:        2

                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: MAY  01, 2007 THRU JUN. 05, 2007

ACCT: K66652     ACCT NAME: BERRINGER, ANTHONY SCOTT     ACCT TYPE: I

                         CURRENT HOLDS IN EFFECT

| DATE<br>PLACED | HOLD<br>CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |

                          TRUST ACCOUNT SUMMARY

| BEGINNING<br>BALANCE | TOTAL<br>DEPOSITS | TOTAL<br>WITHDRAWALS | CURRENT<br>BALANCE | HOLDS<br>BALANCE | TRANSACTIONS<br>TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 26.75 | 0.00 |

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ----------
                                                          26.75-

C 07 4598

Case Number: _____

E-filing

CW

## CERTIFICATION OF FUNDS

### IN

**(PR)**

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Anthony Scott Berringer K66652</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>. (20% = $0.00)

Dated: 12/26/06

_L. Uere   acurt_
Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 12-26-06
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

REPORT ID: TS3030

REPORT DATE: 08/13/07
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU AUG. 13, 2007

ACCOUNT NUMBER : K66652
ACCOUNT NAME   : BERRINGER, ANTHONY SCOTT
PRIVILEGE GROUP: D

BED/CELL NUMBER: FDB2T2000000202L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.52 |
| 05/09/2007 | H110 | COPIES HOLD | 3117COPIES | 1.40 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 1.35 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 0.87 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 1.48 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 06/12/2007 | H107 | POSTAGE HOLD | 3504 POST | 0.75 |
| 06/12/2007 | H107 | POSTAGE HOLD | 3504 POST | 0.75 |
| 06/12/2007 | H107 | POSTAGE HOLD | 3504 POST | 0.58 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.41 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.58 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.41 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 1.82 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.41 |

REPORT ID: TS3030                                    REPORT DATE: 08/13/07
                                                      PAGE NO:        2

                        SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU AUG. 13, 2007

ACCT:  K66652       ACCT NAME: BERRINGER, ANTHONY SCOTT      ACCT TYPE: I

                          CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 06/26/2007 | H107 | POSTAGE HOLD | 3680 POST | 1.82 |
| 06/26/2007 | H107 | POSTAGE HOLD | 3680 POST | 0.75 |
| 06/26/2007 | H107 | POSTAGE HOLD | 3680 POST | 2.33 |
| 06/26/2007 | H107 | POSTAGE HOLD | 3680 POST | 1.99 |
| 06/26/2007 | H107 | POSTAGE HOLD | 3680 POST | 1.48 |
| 07/05/2007 | H107 | POSTAGE HOLD | 0051 POST | 0.92 |
| 07/06/2007 | H107 | POSTAGE HOLD | 0089 POST | 0.41 |
| 07/10/2007 | H107 | POSTAGE HOLD | 0117 POST | 0.58 |
| 07/10/2007 | H107 | POSTAGE HOLD | 0117 POST | 2.33 |
| 07/16/2007 | H107 | POSTAGE HOLD | 0190 POST | 0.41 |
| 07/16/2007 | H114 | COPAY FEE, MED. | 0194 COPAY | 5.00 |
| 07/18/2007 | H107 | POSTAGE HOLD | 0216 POST | 0.75 |
| 07/20/2007 | H118 | LEGAL COPIES HOLD | 0243 LCOPY | 6.80 |
| 07/20/2007 | H118 | LEGAL COPIES HOLD | 0243 LCOPY | 27.20 |
| 07/24/2007 | H107 | POSTAGE HOLD | 0288 POST | 0.92 |
| 07/24/2007 | H107 | POSTAGE HOLD | 0288 POST | 1.31 |
| 07/24/2007 | H107 | POSTAGE HOLD | 0288 POST | 1.82 |
| 07/24/2007 | H107 | POSTAGE HOLD | 0288 POST | 5.05 |
| 07/24/2007 | H107 | POSTAGE HOLD | 0288 POST | 5.05 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 ENVEL | 1.85 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.97 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 4.60 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.97 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 1.14 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 0.58 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 1.14 |
| 08/02/2007 | H109 | LEGAL POSTAGE HOLD | 0398 LPOST | 1.14 |
| 08/06/2007 | H109 | LEGAL POSTAGE HOLD | 0426 ENVEL | 1.35 |

REPORT ID: TS3030

REPORT DATE: 08/13/07
PAGE NO:            3

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU AUG. 13, 2007

ACCT:  K66652       ACCT NAME: BERRINGER, ANTHONY SCOTT       ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 114.84 | 0.00 |

CURRENT
AVAILABLE
BALANCE

114.84-

PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2006 THRU DEC. 26, 2006

ACCOUNT NUMBER  : K66652
ACCOUNT NAME    : BERRINGER, ANTHONY SCOTT        BED/CELL NUMBER: BEOIU 000000214L
PRIVILEGE GROUP: D                                   ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/26/2006 | H104 | DAMAGES HOLD | 1143 | 2.37 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2.87 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-26-06
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
------------
2.87

REPORT DATE: 05/31/0,
PAGE NO: 2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU MAY 31, 2007

ACCT: K66652    ACCT NAME: BERRINGER, ANTHONY SCOTT    ACCT TYPE: I

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 1.48 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| | | | 3244 POST | 0.58 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 42.39 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
42.39-

REPORT ID: TS3030

REPORT DATE: 06/05/07
PAGE NO:         2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY  01, 2007 THRU JUN. 05, 2007

ACCT: K66652    ACCT NAME: BERRINGER, ANTHONY SCOTT    ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 26.75 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
26.75-

RECEIVED
June
~~MAY~~ 29 2007

NOT AN OFFICIAL
COURT RECORD
DO NOT DUPLICATE