Anthony S Beringer # K66653
D-3-12L
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA
93960
-1050-

FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C07-4598 CW

11-14-07

Dear Sir or Madam or to Whom It May Concern

I'm writing on behalf of my associate and I Martine Stutemann we need assistance from the courts please. Martine Stutemann needs all referrals for pro bono, court appointed attorney law he is indigent for the area of Santa Barbara or Soledad CA

I Anthony Scott Beringer need assistance on getting my trial transcripts from the courts, will explain later.

I also need all copies of list of all pro-bono attorney law for Santa, County or Santa Clara CA or Soledad CA

I'm indigent for my court ordered law is up. I need help due to my acute mental disorder due to my autism I have had for most of years

Respectfully
Tim
Beringer Anthony