IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BERRINGER,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.
                                   /

No. C 07-04598 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner, filed the present _pro se_ prisoner complaint under 42 U.S.C. § 1983.  Plaintiff filed a completed _in forma pauperis_ application; however, he did not file copies of his certificate of funds and prisoner trust account statement.  The Clerk of the Court notified Plaintiff that his _in forma pauperis_ application was deficient due to the failure to include a signed certificate of funds and a prison trust account statement for the previous six months.  The Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action.  More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prison trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's _in forma pauperis_ application is DENIED as incomplete.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 11/30/07

                                              /s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Berringer4598.DISIFP-denyIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY BERRINGER,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV07-04598 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony S. Berringer K-66652
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: November 30, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk